Case 8:21-cv-00454-KKM-AEP   Document 86-1   Filed 12/20/22   Page 1 of 40 PageID 497

## Page 1

UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA

CASE NO.: 8:21-CV-00454

WILLIAM DOHERTY,

        Plaintiff,

vs.

INFUSERVE AMERICA, INC.,

        Defendant.
_____/

ZOOM VIDEOCONFERENCE DEPOSITION OF
WILLIAM HENRY DOHERTY

TAKEN ON BEHALF OF THE DEFENDANT

Friday, April 29, 2022
10:16 a.m. - 2:07 p.m.
Zoom Videoconference at
Alpine, Texas 79830

Reported Stenographically By:
Oiman W. Leong, Court Reporter
Notary Public, State of Florida
Esquire Deposition Solutions - Orlando, Florida
Job No. J8137106

## Page 2

APPEARANCES
(Via Zoom Videoconference)

PATRICIA FRANCOIS, ESQUIRE
of: Demesmin and Dover, PLLC
    1650 SE 17th Street
    Unit 100
    Fort Lauderdale, Florida 33316-1735
    (866) 954-6673
    pfrancois@dd-legal.com
        On behalf of William Henry Doherty, Plaintiff

NICHOLE M. KOFORD, ESQUIRE
of: Wicker Smith O'Hara McCoy & Ford, P.A.
    100 South Ashley Street
    Suite 1800
    Tampa, Florida 33602
    (813) 222-7224
    nkoford@wickersmith.com

        On behalf of Infuserve America, Inc., Defendant

Also Present:
MEGAN ROWJOHN

## Page 3

I N D E X

TESTIMONY OF WILLIAM HENRY DOHERTY        Page
Direct Examination by Ms. Koford ................   4
Cross-Examination by Ms. Francois ...............  140
Redirect Examination by Ms. Koford ..............  151
Certificate of Oath .............................  156
Reporter's Deposition Certificate ...............  157
Read & Sign Letter ..............................  158
Errata Sheets ...................................  159

E X H I B I T S
DEFENDANT'S                                       Page
Exhibit No. 1 - Invoice .........................   69
Exhibit No. 2 - Photograph ......................   75
Exhibit No. 3 - Photograph ......................   83
Exhibit No. 4 - Photograph ......................   87
Exhibit No. 5 - Photograph ......................   90
Exhibit No. 6 - Photograph ......................   94
Exhibit No. 7 - Screenshot of E-mail ............   95

        STIPULATIONS:  IT IS HEREBY AGREED and so
stipulated by and between the parties hereto, through their
respective counsel, that the reading and signing of the
deposition is hereby RESERVED.

## Page 4

Deposition taken before Oiman W. Leong, Court Reporter and Notary Public in and for the State of Florida at Large, in the above cause.

            - - -

THEREUPON:
    The following proceedings were held:
        THE COURT REPORTER:  Mr. Doherty, raise your right hand for me, please.
        THE WITNESS:  Okay.
        THE COURT REPORTER:  Do you solemnly swear or affirm that the testimony you shall give in this matter will be the truth, the whole truth, and nothing but the truth, so help you God?
        THE WITNESS:  Yes.
        THE COURT REPORTER:  Thank you.
        WILLIAM HENRY DOHERTY,
a witness herein, after having been first duly sworn, was examined and testified as follows:
        DIRECT EXAMINATION
BY MS. KOFORD:
    Q.  Mr. Doherty, you could put your hand down.  My name is Nichole Koford.  I am the attorney for Infuserve America, Inc.  I'm going to be taking your deposition today.  Have you --
    A.  Okay.



EXHIBIT A

Page 5

1    Q.  -- ever had your -- have you ever had your
2    deposition taken before?
3    A.  No, I have not.
4    Q.  Okay.  So I'm going to go over some rules with
5    you that is going to make everyone's life easier.  The
6    first rule is very important.  Because we are appearing
7    via Zoom, it is sometimes difficult for you to either
8    hear me, or to not cut me off when I'm speaking.  So I'm
9    going to ask two things.  The first is, if you can give
10   a pause after my question of about one to two seconds,
11   we can ensure that we're not speaking over one another.
12   I will do that for you.  Can you afford me the same
13   courtesy?
14   A.  Yes.
15   Q.  Also if you don't understand my question or if
16   you can't hear my question, because sometimes Zoom will
17   go in and out depending on the Internet, let me know
18   that, and I will either rephrase the question if you
19   need it changed, or restate it if you just didn't hear
20   what I said.  Okay, Mr. Doherty?
21   A.  Okay.
22   Q.  All right.  Now, if it happens that one of us
23   is talking over the other one, I will stop, so you can
24   complete what it is you're saying, because Ms. Leong's
25   job here this morning is to type down what everyone is

Page 6

1    saying, and she can only do that if you and I and
2    Ms. Francois are not talking over one another.  Do you
3    understand?
4    A.  Yes.
5    Q.  Okay.  So if I interrupt you, let me know,
6    I'll stop, and you can complete whatever it was you were
7    going to say, and then I'll ask my next question.
8        Now, if you need a break for any reason, you
9    can take one, just not in the middle of a question.  So
10   you would answer whatever question that is pending and
11   then you can take a break for as long as you need, and
12   then we'll come back and continue the questioning.  Do
13   you understand?
14   A.  Yes.
15   Q.  All right.  And my job here is to ask you
16   questions.  And because I don't know what happened,
17   sometimes I ask a lot of questions.  I'm not asking for
18   you to guess or make assumptions, just to give me your
19   best information.  Do you understand, Mr. Doherty?
20   A.  Yes.
21   Q.  So if "I don't know" is the answer to the
22   question, and that's the honest truth, then you tell me
23   you don't know.  Okay?
24   A.  Okay.
25   Q.  All right.  Let's get started.  First things

Page 7

1    first.  Can you please state your complete legal name
2    for the record?
3    A.  Sure.  It's William Henry Doherty,
4    D-O-H-E-R-T-Y.
5    Q.  And I've been calling you Doherty, but it's
6    dough, like Doherty?
7    A.  It's -- it's Doherty.  It's fine.
8    Q.  Okay.  Mr. Doherty, can you please tell me
9    your date of birth?
10   A.  ███████
11   Q.  And so are you currently 39 years old?
12   A.  Yes.
13   Q.  And where do you live right now?
14   A.  ████████████████████████████
15   [sic].
16   Q.  How long have you lived there?
17   A.  On and off since 1995.
18   Q.  And is it your parents' home address?
19   A.  Yes.  It's my father's home address.
20   Q.  And in the year of the incident in 2017, were
21   you living at this Alpine address or a different
22   address?
23   A.  At this address.
24   Q.  What other addresses have you lived at
25   since 2017?

Page 8

1    A.  It's remained the same.
2        THE COURT REPORTER:  Say that again.  I'm
3    sorry, I just need him to repeat it, I didn't get it.
4        THE WITNESS:  Oh.  At the same address.
5    BY MS. KOFORD:
6    Q.  And so is it fair to say from 2017 to the
7    present day, April of 2022, the only address where you
8    have lived is ████████████████?
9    A.  Yes.
10   Q.  And do you have any plans on moving anytime
11   soon?
12   A.  I may do a temporary move to stay with my
13   sister in Arizona, but there is no long-term plan set.
14   Q.  And I'd just ask that if you make any move, if
15   you could just notify your counsel, and she will let us
16   know the next step, if that's necessary; is that okay,
17   sir?
18   A.  Okay.
19   Q.  When you were living at 2017 at the Alpine,
20   Texas address, who lived there with you?
21   A.  My father, Henry Doherty, and my mother,
22   Corrie Doherty.
23   Q.  And how do you spell Corrie?
24   A.  C-O-R-R-I-E.
25   Q.  And do they still live with you right now?



Page 9

1    A.   My mother passed away in April of 2017, and my
2   father.  That's it.
3    Q.   And your dad still lives with you?
4    A.   Yeah.
5    Q.   Does any -- did anyone else other than your
6   mother and father lives with you in 27 -- in February of
7   2017?
8    A.   No.
9    Q.   Were you dating anyone at that time?
10    A.   No.
11    Q.   Where were you working?
12    A.   I was not.
13    Q.   When was the last time prior to February
14   of 2017 that you had a job?
15    A.   That was January of 2013.
16    Q.   And what happened in January of 2013?
17    A.   I started strolling [sic] with neurological
18   Lyme progressing into late neurological Lyme disease.
19    Q.   Did you ever apply for disability benefits
20   related to the neurological issues steming from Lyme
21   disease?
22    A.   Yes.
23    Q.   And when did you do that, sir?
24    A.   I did so early on in 2014, spring of 2014.
25    Q.   And what was the outcome?

Page 10

1    A.   I was awarded disability towards the end of --
2   I think November of 2017.
3    Q.   I just want to clarify, because I -- I might
4   have misheard you.  Did you initially apply in 2014?
5    A.   Yes.
6    Q.   When you applied in 2014, were you awarded
7   benefits at that time?
8    A.   No.  Not at the first hearing, no.
9    Q.   Okay.  And so I think that explains what you
10   said to me next, and that is, you were eventually
11   awarded disability as of the end of 2017?
12    A.   Correct.
13    Q.   Okay.  When did you reapply for disability
14   in -- was it in 2017 as well?
15    A.   It was -- at the end of 2014, it was kicked to
16   the federal level, and then shot back in a way to the
17   state of Texas but in a different courthouse.  So I
18   don't know what phase that was called while I was there
19   waiting.
20    Q.   Okay.  And -- let me ask, what courthouse
21   were the benefits granted in in 2017?
22    A.   What?  Sorry, I didn't hear you on that one.
23    Q.   Yes, sir.  So the benefits were granted
24   in 2017 --
25    A.   Yes.

Page 11

1    Q.   -- can you tell me which courthouse they were
2   granted in?  You said it was a different one than the
3   first one.
4    A.   Yeah.  It was up -- it was up in Fort Worth,
5   Texas.
6    Q.   And at that time, what was the reason for your
7   disability?
8    A.   I had put down Lyme disease.  I had put down
9   an adverse drug reaction to Malarone, and then I put
10   down severe adverse drug reaction to an IV antibiotic.
11    Q.   And let's talk about that a little bit.  Can
12   you tell me a little bit about the Malarone, what were
13   you taking it for?
14    A.   I was taking it to treat a colon infection of
15   Lyme disease that they called Babesia.
16    Q.   Can you spell that?
17    A.   Yes.  It's B-A-B-E-S-I-A.
18    MS. KOFORD:  And Malarone, Madam Court
19   Reporter, is M-A-L-A-R-O-N [sic].
20   BY MS. KOFORD:
21    Q.   So, Mr. Doherty, sometimes we may need to
22   spell some of the medications for the court reporter.  I
23   may ask you to do that or I may do that myself.  Okay,
24   sir?
25    A.   Okay.

Page 12

1    Q.   All right.  Now, you said you were taking it
2   for a colon infection of Babesia, and what do you --
3    A.   Yes.
4    Q.   -- understand Babesia was?
5    A.   Well, it's also -- I should be more specific.
6   The call it duncani (WA1), it's a periplasm.  For slang
7   term, they use Babesia.  And what are the symptoms for
8   that?  Is that what you said?  Sorry.
9    Q.   Yes, sir.
10    A.   Yeah.  Bab -- Babesia is known to cause sort
11   of like temple pain, like a -- like a sort of a
12   grappling temple pain and some eye pain.
13    Q.   And I think you said, temple, like your head;
14   is that correct?
15    A.   Yeah.  Yes, so sort of the sinus temple, yeah,
16   sort of like a constriction, like, type headache.
17    Q.   And how long had you suffered from this
18   grappling temple and eye pain?
19    A.   Since June of 2012.  The head pain wasn't that
20   grappling once I got a diabetes drug, gabapentin, also
21   amitriptyline added in.  The same with the eye pain, it
22   wasn't -- it wasn't grappling, but it was there.
23    Q.   Okay.  And then you indicated that you had an
24   adverse reaction to Malarone.  Can you give me a little
25   bit of information concerning what that entailed?



Page 13

1    A.  Yeah.  When I took it, I felt an exacerbation
2  of eye pain and a lack of stamina.
3    Q.  Okay.  And when did that Malarone reaction
4  occur?
5    A.  That was in September of 2014.
6    Q.  And was that the first time you had taken the
7  Malarone?
8    A.  Yes.
9    Q.  Have you taken the Malarone since September
10 of 2014?
11   A.  No.
12   Q.  Have you had any other adverse reactions to
13 medication?
14   A.  The -- the IV antibiotic.
15   Q.  And you're talking about the Rocephin?
16   A.  Yes.
17   Q.  Any other reactions to medication?
18   A.  No additional, no.
19   Q.  Now, what were the symptoms of --
20   A.  (Unintelligible.)
21   Q.  No, that's okay.  What were you going to say?
22   A.  I was going to ask if you heard me, that's
23 all.
24   Q.  Oh, yes, sir, I hear you.  I'm --
25   A.  Okay.

Page 14

1    Q.  -- typing as we talk.
2        What were the symptoms of Lyme disease that
3  made you apply for disability?
4    A.  Symptoms were, you know, severe fatigue,
5  problems with like mild cognitive processing.  I was
6  diagnosed with that, so speech, word search, you know;
7  forgetting, short-term memory; cognition, like the speed
8  of cognitive processing.  I had -- I had a heat
9  sensation, you know, my body temperature -- my temple
10 temperature was up about a degree or so without
11 antibiotics.  You know, it wasn't too bad.  My pain was
12 down to a 2, I could use my computer significantly.  I
13 was just home sick with sort of like the flu with some
14 cognitive aspects masked in there.
15   Q.  And when -- I understand that you applied for
16 disability benefits at the end of 2014.
17   A.  Yeah.
18   Q.  And I understand you take medication for the
19 Lyme disease.  My understanding, based on what you were
20 saying is, then due to the medication, those symptoms
21 lessened; is that correct?
22   MS. FRANCOIS:  Objection.  Leading.
23   THE WITNESS:  Yeah.  I'm sorry?
24   MS. FRANCOIS:  You can answer, Mr. Doherty.
25   THE WITNESS:  Okay.  Could you rephrase the

Page 15

1  question for me or repeat it, I'm sorry?
2  BY MS. KOFORD:
3    Q.  Sure.  Earlier when I asked you about your
4  symptoms, you indicated that your eye pain had actually
5  gotten -- gone down.  And so my question to you was
6  this:  I understand --
7    A.  Yeah.
8    Q.  -- that you had Lyme disease initially and
9  were taking medication for it --
10   A.  Yeah.
11   Q.  -- did your symptoms lessen on the medication?
12   A.  You know, the --
13   MS. FRANCOIS:  Same objection.
14   THE WITNESS:  The only symptom --
15   MS. FRANCOIS:  Leading.
16   THE WITNESS:  The only symptoms that lessened
17 were the, you know, body heat would go down.  I would
18 get a facial temperature back into the normal mid 90s
19 instead of mid 9 -- 99, mid 98.  And that -- that was
20 about the only benefit.
21 BY MS. KOFORD:
22   Q.  So did your eye pain continue?
23   A.  Yes.  Yes, I did have that.
24   Q.  And your cognitive processing issue continued?
25   A.  Yes.

Page 16

1    Q.  Did you have any headaches that were
2  associated with the Lyme disease?
3    A.  Yeah.  It's still the same, sort of isolated
4  temple -- temple pain.
5    Q.  And so those continued -- those headaches
6  still continued on your Lyme disease medication?
7    A.  Yes.
8    Q.  And how about your word search capabilities,
9  did that still -- was that still a problem for you, even
10 with the medication for Lyme disease?
11   A.  Yes.
12   Q.  And how about your speech issues that you
13 mentioned, was that still a problem for you on your Lyme
14 disease medication?
15   A.  Yes.
16   Q.  And did you talk to anyone concerning what
17 more you could do to lessen the symptoms of your Lyme
18 disease?
19   A.  I moved care over to my primary doctor instead
20 of the original doctor that diagnosed me, but we -- we
21 stuck with the same treatment protocol.
22   Q.  Did you notice any changes when you moved over
23 to your primary care as opposed to sticking with the
24 doctor who diagnosed you?
25   A.  No.  It was just a refilling of the same.


ESQUIRE
DEPOSITION SOLUTIONS

Page 17

1    Q.   And who was the doctor that diagnosed you?
2    A.   Dr. Jaller.
3    Q.   Can you spell that?
4    A.   J-A-L-L-E-R.
5    Q.   And, sir, are you looking at something?
6    A.   Yes.  I -- I was looking up his first name to
7    see if I had it.  Oh, my computer doesn't have the
8    Internet on --
9    Q.   That's okay.  So since we're in a deposition,
10   remember what I said, if you're not sure, you can tell
11   me, "I don't know."  But if you have something that
12   allows you to provide information, you just need to let
13   us know for the record what it is that --
14   A.   Okay.
15   Q.   -- you're looking at.  Okay, Mr. Doherty?
16   A.   Okay.
17   Q.   All right.  So you were intending to look it
18   up on your computer, but there is no Internet access, so
19   you were unsure of Dr. Jaller's first name?
20   A.   Yes.
21   Q.   Okay.  I appreciate that.  Thank you.
22   A.   I could possibly look it up on my iPhone if
23   you want me to.
24   Q.   No.  It's okay for now.  If I need --
25   A.   Okay.

Page 18

1    Q.   -- some additional information, I'll get it
2    from your attorney, but I thank you for looking.
3    A.   Okay.
4    Q.   Okay.  Prior to January of 2013, what did you
5    do for work?
6    A.   I was working at Prov Gras (phonetic) Muffler,
7    which was a live music venue, as a bartender.
8    Q.   And how long had you been doing that?
9    A.   Oh, I've been there a little over a year.
10   Q.   And, I believe, you said that January was the
11   last time you worked, so is it fair to say January
12   of 2013 -- you haven't worked since January of 2013?
13   A.   Right.  I haven't worked since then.  I
14   actually -- I resigned in May to start a job at Logitech
15   July 1st in Austin, Texas, but I got sick on June 12th
16   of 2012 and went -- went back to work after.  It was not
17   discovered what I had when I was at Mayo Phoenix.  I
18   was -- had a misdiagnosis.
19   Q.   Can you give me the benefit of your education?
20   A.   Sure.  I have a bachelor's degree.
21   Q.   Okay.  Where did you get your BA from?
22   A.   Sul Ross State University.
23   Q.   Can you spell that?
24   A.   S-R [sic], and then R-O-S-S, University.
25   Q.   And where is that located?

Page 19

1    A.   Alpine, Texas.
2    Q.   And when did you get your bachelor's?
3    A.   December of 2006.
4    Q.   And what was it in?
5    A.   Psychology.
6    Q.   Any additional education subsequent to
7    Sr. [sic] Ross University?
8    A.   No, not following.
9    Q.   Did you have education that came before
10   Sr. Ross University?
11   A.   Sure.  I've gone to Texas Tech University, to
12   the state school in Lubbock, Texas; and I've gone to
13   private school, college in Tennessee called Sewanee, The
14   University of the South.
15   Q.   And when were you at -- was Sewanee the first
16   place you went for college?
17   A.   No.  Texas Tech.
18   Q.   When were you at Texas Tech University?
19   A.   2001 to the end of 2003.
20   Q.   And why did you leave Texas Tech?
21   A.   I wanted to go to a university with higher
22   standards.
23   Q.   And is that when you transferred to Sewanee,
24   The University of the South?
25   A.   Yes.

Page 20

1    Q.   And when did you start there?
2    A.   The year of 2004.
3    Q.   And when did you leave there?
4    A.   The end of 2004.
5    Q.   And why did you leave?
6    A.   Oh, the cost.  That is one of the things that
7    my classmate did tell me that had a job at Logitech,
8    it's always worth it.
9    Q.   And ultimately you finished up your bachelor's
10   degree at Sr. Ross --
11   A.   Yeah.
12   Q.   -- University?
13   A.   Yeah.
14   Q.   And -- and is that the -- is that all of your
15   education up to date?
16   A.   Yes.
17   Q.   How much do you receive in disability
18   benefits?
19   A.   It is right around $800.  I could look that up
20   for the exact figure, if you want.
21   Q.   No, that's okay.
22   A.   Okay.
23   Q.   And how often do you receive that?
24   A.   Monthly.
25   Q.   And has that been the same since January



1  of 2017?
2      A.  I believe there's been slight annual
3  adjustments.
4      Q.  So there may have been slight increases for
5  the cost of living, but overall the amount has been
6  consistent somewhere --
7      A.  Yeah.
8      Q.  -- around 800 a month?
9      A.  Yeah.
10     Q.  And you're doing a great job.  Just remember
11  to give a pause of one to two seconds, so the nice court
12  reporter is not trying to type both of us at the same
13  time.  Okay?
14     A.  Okay.
15     Q.  Let's talk a little bit about your -- your
16  physicians.  I want to go back to 2016, and we're going
17  to move forward from there.  Okay?
18     A.  Okay.
19     Q.  Who was your primary care physician beginning
20  in 2016?
21     A.  Dr. J.P. or John Paul Schwartz.
22     Q.  And when -- is still your primary care?
23     A.  No.  He retired last year.
24     Q.  Fair to say that was 2021 when he retired?
25     A.  Yes.

1      Q.  And since 2021, who is your primary care
2  physician?
3      A.  Dr. John Ray.
4      Q.  R-A-Y?
5      A.  Yes.
6      Q.  And is Dr. John Ray at the same practice group
7  that Dr. Schwartz was at, or do you see him --
8      A.  No.
9      Q.  -- somewhere else?
10     A.  He is somewhere else.
11     Q.  Okay.  And where is Dr. John Ray?
12     A.  He's at the county clinic in Alpine, Texas.  I
13  don't remember exactly what they call themselves.  Would
14  you like me to look that up?
15     Q.  No.  That's okay.  You're -- you're good to
16  just give me the information you have, and if I need
17  some additional information, I can grab it from your
18  attorney.  Okay?
19     A.  Okay.
20     Q.  Do you -- in 2016, did you see any doctors
21  other than a primary care physician?  Any specialist?
22  For instance, did you see a neurologist?
23     A.  I'm trying to remember what year I saw a
24  neurologist on a recurring basis.  I don't think it
25  was 2016, no, no.

1      Q.  Okay.  And although you may not have seen him
2  in 2016, was there a neurologist you were treating with
3  at some point?
4      A.  I went for a consultation with Dr. Gurru in
5  Midland, Texas.
6      Q.  You said, Gurru, G-U-R-U [sic]?
7      A.  Yes.
8      Q.  And I interrupted you, I apologize.
9      A.  No worries.
10     Q.  How many times did you see Dr. Gurru?
11     A.  I only saw him once.
12     Q.  And why was that?
13     A.  He felt like the case was too complex for him.
14     Q.  Did you see another neurologist?
15     A.  Last year, I did as well, yes.
16     Q.  Who was that?
17     A.  Her name was Dr. Smith.  I don't know her
18  first name.
19     Q.  And where was she located?
20     A.  Pflugerville, Texas.
21     Q.  Can you spell that?
22     A.  P-L-U-F -- may I look it up?
23     Q.  Yeah.
24     A.  Okay.  It's a part of the Austin metro,
25  P-F-L-U-G-E-R-V-I-L-L-E.

1      Q.  Thank you.  I never would have gotten that on
2  my own.
3          And how often have you seen Dr. Smith?
4      A.  Just once.
5      Q.  And when was that?  I know you said in 2021,
6  are we talking the beginning of the year?  The end of
7  the year?
8      A.  It was in early November.
9      Q.  And what were you seeing her for at that time?
10     A.  My neurological issues.
11     Q.  And can you tell me what those are?
12     A.  Yeah.  I mean, I want to see if she could, you
13  know, look at the severe head pain I had, you know, the
14  extreme stuff aft -- I had after the IV injuries.  The
15  question is about tinnitus -- even knowing a normal
16  neurologist, she wouldn't be able to do that, but if she
17  knew of someone -- and also the sleep problems, the
18  inability to sleep naturally since the IV injury.
19     Q.  Anything else?
20     A.  That is all.
21     Q.  And what did she tell you?
22     A.  She told me I need to go to a larger facility,
23  such as a research setting.  She gave me an order for an
24  MRI.  I was not able to have an MRI because I had lost
25  my services at my clinic, and had -- didn't have a new



Page 25

1   clinic yet.  It was an abrupt learning of that
2   information, so I didn't have the medication to be able
3   to stay in town and have that MRI, so I returned.
4        Q.   Okay.  And do you have any upcoming
5   appointments with Dr. Smith?
6        A.   No.
7        Q.   Did she reorder an MRI for you?
8        A.   No.
9        Q.   Did you ever obtain the MRI?
10       A.   I obtained an order for it, yes.
11       Q.   I understand you obtained the order.  Did you
12   actually go through with the MRI?
13       A.   No.  I've been out here since, and there's --
14   there is a lack of facilities here, and I -- I've been
15   struggling with regaining healthcare and figuring it out
16   from here, so it's been difficult.
17       Q.   Well, let's break that down a little bit.  You
18   indicated that you were having issues -- or one of the
19   issues you saw her for was related tinnitus.
20       A.   Yeah.
21       Q.   How long had that been a symptom for you?
22       A.   Since the end of February in 2017.
23       Q.   And have you ever had any issues with tinnitus
24   prior to February of 2017?
25       A.   No.

Page 26

1        Q.   So that was a new symptom that you never had
2   before?
3        A.   Correct.
4        Q.   And you've never had any treatment for
5   tinnitus?
6        A.   No.
7             MS. FRANCOIS:  Objection, leading.
8   BY MS. KOFORD:
9        Q.   And sleep problems, have you had sleep
10   problems prior to February of 2017?
11       A.   I had sleep problems, but nothing controllable
12   with a standard dose of Ambien.  Nothing like after that
13   injury where I simply cannot sleep naturally, and it
14   takes quite a bit more than that to put me to asleep and
15   keep me asleep.
16       Q.   How long did you sleep a night prior to
17   February 2017?
18       A.   Prior, I think I would sleep eight and a half
19   hours.
20       Q.   And how about since February 2017?
21       A.   Well, by adding in two medications, I can get
22   seven hours of sleep, if I get them.  Like, over this
23   winter when I lost care of my clinic, I was only getting
24   three and a half, you know, because I only had one sleep
25   medication, the Ambien.  So it -- it could vary.  It

Page 27

1   depends on what I have.
2        Q.   And let's talk a little bit about your loss of
3   care.
4        A.   Yeah.
5        Q.   I'm assuming you -- you said you switched from
6   the clinic that was treating you where Dr. Schwartz
7   was --
8        A.   Yeah.
9        Q.   -- through the new county clinic in Alpine --
10       A.   Yeah.
11       Q.   -- is that what -- is that the switch that you
12   were referring to?
13       A.   Yeah.  And it was inst -- it was instant.  I
14   got warning of that switch over the phone from a caller
15   in Paris.  And so I didn't have a clinic for two and a
16   half months at all.  That was it.  I experienced sleep
17   deprivation, I lost quite a bit of body weight, etc.
18       Q.   And let's talk a little bit about that, so
19   tell me what happened.
20       A.   Yes.  It's a --
21       Q.   Why was there a switch?
22       A.   That's a good question.  I'd also like to know
23   more.  I don't know.  They got a new doctor in, and they
24   reduced from a two-physician unit to a one-physician
25   unit, and the owner was a practitioner and the left the

Page 28

1   country not long after my doctor was hired -- and left
2   the country.  And I was just dismissed without cause.  I
3   don't know what happened.  The letter just says based on
4   phone conversations, so I really don't know what reason.
5        Q.   Okay.  And what happened -- what medication
6   were you taking prior to the switch in clinic?
7        A.   Okay.  From pain management, I was taking a
8   Butrans patch, I was taking hydrocodone, and methadone.
9        Q.   Any other medications?
10       A.   And then that was from the pain clinic.  From
11   the clinic itself, I got Ambien, which was actually one
12   and a half instant-release.  I got gabapentin.  I got
13   Limbitrol, which was something that I had to add to
14   sleep after the February incident in 2017.  Adderall for
15   when I need stamina to do things like this today, to get
16   through the day.  Oh, yes, and I was getting anxiety
17   medication to deal with anxiety I had after
18   February '17, Valium.
19       Q.   All right.  Now, let's talk a little bit about
20   what medication you were taking before February of 2017.
21       A.   So I was not on pain management, so none of
22   those pain medications that I just told you.  So the
23   hydrocodone, the Butrans patch, and the methadone were
24   all off the table before that.  I took Tylenol No. 4 for
25   pain from the clinic.  And then the only difference



Page 29

1  is -- oh, yes, I did not take Valium, and I did not take
2  the Limbitrol in addition to be able to sleep and stay
3  asleep. And the Ambien was cut back, it was just a
4  regular Ambien instead of an Ambien and a half.
5      Q. Okay. So what I want to know is not what you
6  weren't taking, but what you actually were taking, so
7  what --
8      A. Okay.
9      Q. -- medications were you taking in January up
10  to the date of the incident in February 2017?
11      A. Sure. Gabapentin, Rocephin antibiotic,
12  Ambien, 10 milligrams instant-release. I believe
13  amitriptyline alone, 25 to 50 milligrams per night, and
14  a very small dose of Klonopin, I believe,
15  2.5-millimeter -- milligram tablets per day.
16      Q. And what were you taking the Klonopin for?
17      A. Mild anxiety.
18      Q. And what was that anxiety related to?
19      A. That was related to more anxiety I gotten from
20  the Malarone drug injury.
21      Q. Any other medications that you were on from
22  January 2017 to February of 2017 prior to the incident?
23      A. I believe I mentioned them all.
24      Q. Have you -- oh, go ahead.
25      A. Oh, I'm sorry. If you're asking --

Page 30

1      Q. That's okay.
2      A. -- after as well, what other medications.
3  Well, after 2017 I started going into my clinic weekly
4  where I started getting steroid injections to lower the
5  tinnitus and Toradol injections to help with pain and
6  then injections of Rocephin to replace no longer having
7  an IV. So those -- after 2017, those were weekly
8  affairs as well.
9      Q. And have you had steroid injections prior to
10  February of 2017?
11      A. Only a couple of times, but not weekly like
12  this and since then.
13      Q. And a couple --
14      A. Yeah, that was a couple -- I'm sorry?
15      Q. A couple of times means something different to
16  everyone. So what does a couple of times mean to you?
17      A. Like twice.
18      Q. So twice in your entire life, had you
19  gotten steroid --
20      A. Yeah.
21      Q. -- injections?
22      A. Yeah.
23      Q. And what were the steroid injections for
24  previously?
25      A. I used it to tamper down the pain to make

Page 31

1  trips, to travel.
2      Q. And what was the Toradol for?
3      A. The Toradol is also for pain. I've never
4  taken one of those before 2017.
5      Q. Tell me a little bit -- my understanding is,
6  in addition to a primary care physician and a
7  neurologist, you've also seen a psychologist or a
8  psychiatrist; is that correct?
9      A. I had seen a counselor, yes.
10      Q. And was this a licensed -- a licensed
11  counselor or a psychologist, if you know?
12      A. Yes, she was licensed.
13      Q. Okay. And do you know if she was a licensed
14  counselor or if she was a psychologist? If you're not
15  sure, don't guess.
16      A. She was -- she was a counselor, a licensed
17  counselor.
18      Q. Okay. And what was her name?
19      A. Susan LeMay.
20      Q. How do you spell LeMay?
21      A. Do you mind if I look it up?
22      Q. You can, of course, look it up.
23      A. Okay. Okay. She use the word Sue, so it's
24  S-U-E, and then LeMay, L, lower case e, upper case M,
25  A-Y.

Page 32

1      Q. And where was she located?
2      A. She is located at Mount Calm, Texas.
3      Q. Mount Palm?
4      A. Mount --
5      Q. Calm as in C-A-L-M?
6      A. Yes.
7      Q. Okay. And how often did you see Ms. LeMay?
8      A. I believe it was weekly.
9      Q. And what -- beginning when?
10      A. I'm not sure what year it would be. Somewhere
11  after 2017 and sometime before 2021.
12      Q. And have you seen her consistently since
13  starting at some point in 2017?
14      A. I'm -- you know, I'm not sure what year I
15  started. I think it was after '17, but I saw her for a
16  period --
17      Q. Oh, okay.
18      A. -- and it -- it was several times, but I don't
19  know how long that lasted.
20      Q. And I may have misunderstood you, I apologize.
21  So you saw Ms. LeMay at some point after 2017, it
22  could have --
23      A. Yeah.
24      Q. -- been 2018 or --
25      A. Yeah.



Page 33

1    Q.  -- or later?
2    A.  Yeah.
3    Q.  Understood.  Did -- had you prior to 2017 ever
4  seen a counselor, a psychologist or a psychiatrist?
5    A.  I did in the fall of 2012.
6    Q.  What was the purpose of that?
7    A.  That was to talk to him about, you know,
8  the psychosocial issues I was having problems with due
9  to illness.
10    Q.  And who was that?
11    A.  I don't recall his name.  He was in El Paso,
12  Texas.
13    Q.  How often did you see that gentleman?
14    A.  I just -- I saw him once in person.
15    Q.  And why did you stop seeing him?
16    A.  Well, his -- his recommendation was to find
17  out what health problems I was having first, and he also
18  gave me a cognitive behavior workbook to work with, so I
19  just used that.  At that time, I did not know what was
20  going on with my health.  I didn't know yet.
21    Q.  Have you ever seen a neuropsychologist?
22    A.  I have not.
23    Q.  When was the last time you saw Ms. LeMay?
24    A.  I'm not sure.
25    Q.  Was it after COVID?  Usually people

Page 34

1  remember 2020 because we were all locked in.
2    A.  Yeah.  I -- it might have been before COVID.
3  He may have already --
4    Q.  Okay.  And why did you stop seeing him?
5    A.  I think I found it -- because I just -- I
6  struggled with stamina, I found it more work than to put
7  more exertion into that when I needed just to have more
8  energy, and decide from there, so taking one thing off
9  less a week.
10    Q.  Do you ever recall a time where Dr. Schwartz
11  prior to 2017 was trying to wean you from steroids?
12    A.  Well, he didn't have to, because I've only
13  taken them a couple of times.  He only started after I
14  started the -- in '17, he started weaning -- wanting to
15  wean me at the end of the year, probably found, you
16  know, we couldn't go off of it in any way, although it
17  was reduced then, and that's when I had to transfer over
18  to getting pain management to reduce those from twice a
19  week to once a week.
20    Q.  Have you ever had issues with an addiction to
21  pain medication?
22    A.  No.
23    Q.  Never in your life?
24    A.  No.
25    Q.  Have you had -- well, now that we're

Page 35

1  talking -- we've been talking about medications and
2  other issues, can you tell me what hospitals would you
3  have been seen at from 2016 to the present day?
4    A.  I went to the emergency room at Big Bend
5  Regional Hospital.
6    Q.  Say that again.
7    A.  I went to the emergency room at Big Bend
8  Regional Hospital, February 2017.
9    Q.  Okay.
10    A.  And I went to the ER at the end of 2014,
11  because I had a gallbladder attack, because I was not
12  cycling the antibiotics yet.  So I was taking them
13  straight and without cycling and had a gallbladder
14  attack in 2014 -- at the end of 2014.
15    THE COURT REPORTER:  Can you spell the hos --
16  BY MS. KOFORD:
17    Q.  Any other time --
18    THE COURT REPORTER:  Oh, I'm sorry.
19    MS. KOFORD:  I'm sorry, go ahead.
20    THE COURT REPORTER:  Just spell the hospital
21  for me, because I couldn't catch the word, something
22  regional.
23    THE WITNESS:  Alpine.
24    THE COURT REPORTER:  Alpine.  Okay.  Sorry
25  about that.

Page 36

1    THE WITNESS:  It's a regional medical center.
2  The call it Regional Medical Center.
3    THE COURT REPORTER:  Okay.  Thanks.  I
4  appreciate it.
5    THE WITNESS:  Sure.
6  BY MS. KOFORD:
7    Q.  So you thought you went to Big Bend Regional
8  Hospital and Alpine Regional Medical Center?
9    A.  Yeah, yes.
10    Q.  Got it.  Just to make the record clear.  And
11  the Alpine Regional Medical Center would have been 2014,
12  and I think you said Big Bend was 2017?
13    A.  They're both -- I'm sorry, the -- the title is
14  Big Bend Regional Medical Center.  That's the hospital
15  I'm referring to, I've attended both.  And -- yeah, 2014
16  and 2017, yes.
17    Q.  Okay.
18    A.  With them.
19    Q.  And so what -- what's the Alpine association,
20  is that just the city where it's located?
21    A.  It's -- it's the city where it's located,
22  yeah.
23    Q.  Understood.  I appreciate the clarification.
24    Any other hospitals that you would have
25  treated at from 2016 to today, 2022, besides Big Bend



1 Regional Hospital?

2     A.   Yes.  There was --

3     Q.   Where else?

4     A.   Odessa Hospital.  Do you mind if I look it up,

5 its proper name?

6     Q.   Not at all.

7     A.   Okay.  It's Odessa Regional Medical Center.

8 Yes, it's Odessa Regional Medical Center.

9     Q.   And when were you seen there approximately?

10     A.   That was in the summer of '17.

11     Q.   What was the reason for that?

12     A.   They tried to remove my PICC line at the

13 Alpine Hospital, which was not successful, and they got

14 it halfway out, and then I had to go to them to have it

15 fully removed.

16     Q.   When did you have your PICC line placed?

17     A.   I did that in the fall of 2014.

18     Q.   And where was it placed?

19     A.   It was placed at an infusion pharmacy in

20 El Paso, Texas, called Coram.

21     Q.   And can you spell that pharmacy's name?

22     A.   Sure.  C-O-R-A-M.

23     Q.   And did you have that same PICC line in place

24 from 2014 until it was removed in the summer of 2017?

25     A.   Yes.

1     Q.   And where was the PICC line placed?

2     A.   It was placed into a vein in my left arm down

3 to the entrance of my heart.

4     Q.   What medications did -- in the beginning in

5 the fall of 2014 did you use through the PICC line?

6     A.   Initially, through Coram, it was ceftriaxone

7 and Zithromax.

8     Q.   Any other medications that you used in that

9 PICC line from the time it was placed in 2014 until the

10 time it was removed in 2017?

11     A.   No.  It was just they were getting rid of the

12 Zithromax and just moving over to Rocephin.  So it was

13 just a subtraction, and that was it.  There was no

14 medication.

15     Q.   And what was the reason for the change?

16     A.   Because I was -- I started getting my

17 antibiotics from Infuserve America instead, and it

18 seemed this medication alone would bring down those heat

19 sensations, facial, and to do the work, to do the job

20 without the other...

21     Q.   Who made the determination to make that change

22 for you?

23     A.   That would be Dr. Schwartz.

24     Q.   Did you ask him to change your medication

25 because you had concerns with the heat?

1     A.   Well --

2         MS. FRANCOIS:  Objection.  Leading.

3 BY MS. KOFORD:

4     Q.   You may answer.

5     A.   Okay.  No.  I think he -- we just found that

6 it was effective in reducing the heat, just the two of

7 them, and possibly maybe that's all Infuserve had, so we

8 just -- I just found the one that's still effective.

9     Q.   Have you ever had any prior surgeries?

10     A.   I had rhinoplasty in 2008.

11     Q.   Any other surgery?

12     A.   No.

13     Q.   And I believe you said earlier that your mom

14 passed away in 2017 as well?

15     A.   Yes.

16     Q.   And did that impact you in any way?

17     A.   Oh, yeah.  It was difficult.  I -- she took

18 chemo on a Friday, and then I started this batch of

19 antibiotics to take care of her the following Sunday

20 morning.  And she went down to bed; and I was in this

21 new condition as well, trying to deal with it, to where

22 I finally had to go to the hospital, the ER.  She had

23 been admitted earlier in the week.  And then I was

24 dealing with her dying and figuring out how to deal with

25 these symptoms also, so it was very difficult.

1     Q.   And I want to break that down a little bit,

2 because I'm not sure if I understand the timing.  So --

3     A.   Sure.

4     Q.   Did you indicate your mom was sick with

5 cancer?

6     A.   Yeah.  She had breast cancer.  She had never

7 taken chemo before, she took it on a Friday before and

8 that was her first dose and she went down the next day.

9 So I didn't --

10     Q.   And I don't --

11     A.   And then I --

12     Q.   I guess, I don't -- go ahead.

13     A.   And then -- yeah, I started medication trying

14 to take care of her I think the following night or left

15 her early in the morning, you know, late at night, and I

16 had a reaction to that.  So it was quite a scenario.

17     Q.   Okay.  So you say your mom took the chemo

18 medication on a Friday.

19     A.   Yeah.

20     Q.   So we're talking about in February?

21     A.   Yeah.

22     Q.   Okay.  And this was before your medication had

23 arrived from Infuserve?

24     A.   It had arrived, I just hadn't taken it yet.

25     Q.   Okay.  And then you said your mom went down



1  the next day, can you tell me -- I don't -- can you tell
2  me what you're --
3    A.  I --
4    Q.  -- saying --
5    A.  She went down into her bed and could not get
6  up.
7    Q.  Was there anyone else there to assist with
8  your mom's care at that time?
9    A.  My elderly father was here, but he was not
10  able to assist.
11    Q.  Why not?
12    A.  I -- I think the stress of the situation.
13    Q.  And then you said your mom was admitted, do
14  you mean --
15    A.  Yeah.
16    Q.  You meant she had to go to the hospital?
17    A.  Yes.
18    Q.  Okay.
19    A.  Yes.
20    Q.  When did your mom go to the hospital?
21    A.  The next week, it would have been...
22    Q.  Sorry, I can't see you, I'm sorry.
23    A.  Sorry about that.  My phone rang and the iPad
24  showed that ringing.
25    Q.  Okay.  Okay.

1    A.  She went in the week of the 20th.  She had to
2  go twice; she was admitted the second time.
3    Q.  Okay.  Did your father have dementia?
4    A.  Not that I know of.  May -- maybe mildly, but
5  that's -- it's a vague -- and that's just sort of a -- I
6  guess, that's a subjective term, it means decline in
7  cognitive functioning.  He's never been diagnosed with
8  dementia.
9    Q.  Did you ever have concerns that he has
10  dementia?
11    A.  I had concerns later on that he might have
12  dementia, yes.
13    Q.  And was that when he almost ran you over with
14  the car?
15    A.  Yeah.
16    Q.  And when did that happen?
17    A.  That was 2019.
18    Q.  And where did you go for treatment related to
19  that?
20    A.  The Big Bend Regional Medical Center.
21    Q.  And so in addition to being at Big Bend
22  in 2014 and 2017, you were also there in 2019 as well?
23    A.  Yes.
24    Q.  Any other times that we haven't spoken about?
25    A.  Nope.

1    Q.  Now, who was your mom's main caregiver once
2  she got breast cancer?
3    A.  Well, she didn't need caregiving until taking
4  that chemo dose.  She helped -- she took care of me.
5  She just had a reaction to that -- that strong chemo, it
6  was Abraxane, and, you know, was admitted to the
7  hospital, I think the day before I went to the ER.  I
8  think she was admitted on a Saturday, and then she would
9  have to be transferred to another hospital in Midland,
10  Texas.  And, eventually, I got her into MD Anderson.
11      And my father, since I was still in bad shape
12  and was learning the steroid regimen, I was in Alpine
13  figuring out, he did visit her at the hospital since I
14  wasn't in a capacity to do so yet in Alpine before she
15  was transferred.  I did not.
16    Q.  And so you were unable to visit your mom in
17  Midland, Texas?
18    A.  In Midland, Texas, I finally was, yes.
19    Q.  You were unable to visit her at Big Bend?
20    A.  Yeah.  I -- you know what?  I went once.  But
21  he was handling that situation, he was handling that.  I
22  saw her once, but that's it.  He was -- he was down
23  there handling that.
24    Q.  And when did she ultimately pass away?
25    A.  On April 17th, 2017, Easter Sunday.

1      MS. KOFORD:  All right.  I'm going to take a
2  break.  We've been going for about an hour, and then
3  we'll come back and do some more.  Okay?
4      THE WITNESS:  Sure.
5      (A recess was taken.)
6  BY MS. KOFORD:
7    Q.  We're going back on the record.
8      I didn't ask you this earlier, I just
9  presumed.  There's no one in the room with you as you're
10  testifying today, correct?
11    A.  No.
12    Q.  Before we went off, we were talking a little
13  bit about your mom.  Can you describe for me your
14  relationship with your mother?
15    A.  It was good.  I was lucky to have her.  I
16  suppose that's why I ended up taking care of her on my
17  own at the end.  Yeah, that was -- that was a big loss.
18    Q.  And how did her diagnosis of cancer and her
19  hospitalization impact you?
20    A.  Well, I was upset that she didn't seek further
21  treatment earlier than she did.  And then -- yeah,
22  her -- the process of starting that -- that last chemo,
23  the one and only, and, yeah, going for that sort of
24  prolonged hospital period, yeah it was not -- it was not
25  pleasant to see that, of course.  And I had to go



1 through the initial phases of her loss, and -- but I was
2 able to sort of jump into gear after a few months after
3 her death.
4     Q.   I want to go back and talk to you a little
5 bit.  You indicated to me earlier that there was a point
6 in which you were having a pharmacy that was preparing
7 medications for you and --
8     A.   Yes.
9     Q.   -- it was ceftriaxone and Zithromax at that
10 time.
11    A.   Yeah.
12    Q.   Do you recall having nausea and severe side
13 effects with that medication that you reported to
14 Dr. Schwartz?
15    A.   No, I don't recall side effects.
16    Q.   So you didn't suffer any nausea, vomiting,
17 loose stool, or sleep issues?
18        MS. FRANCOIS:  Objection, leading.
19 BY MS. KOFORD:
20    Q.   You may answer.
21    A.   No, not that I recall.
22    Q.   Was there a time when you were prescribed
23 Atovaquone or Proguanil?
24    A.   Yes, yes.
25        MS. KOFORD:  And, Madam Court Reporter, the

1 Atovaquone is A-T-O-V-A-Q-U-O-N-E, Proguanil is
2 P-R-O-G-U-A-N-I-L.
3 BY MS. KOFORD:
4     Q.   And did you have any issues with that
5 medication?
6     A.   Yes.  Yeah, I had --
7     Q.   What was that?
8     A.   I had an adverse drug reaction.  I described
9 it when you asked me earlier.
10    Q.   You had the adverse drug reaction -- I'm
11 sorry?
12    A.   That was the Malarone drug reaction I
13 described earlier.
14    Q.   And did you go back on the Atovaquone?
15    A.   I took Atovaquone by itself, but not the
16 combination of the two.  I've had it with both, but I
17 think I ceased taking them all together after the
18 combined aversion.  I've taken two versions.
19    Q.   And then did you use something to help reset
20 your sleep response?
21    A.   At -- at what point?
22    Q.   After having that reaction with the
23 combination of Atovaquone and Proguanil, did you have to
24 use the medication to reset --
25    A.   I --

1     Q.   -- your response?
2     A.   I was already on Ambien, and, no, nothing had
3 to be changed, so that there -- there was no sleep
4 disturbance from that.
5     Q.   And you did not use melatonin or tryptophan?
6     A.   Oh, yeah, yeah.  I -- melatonin, I may not
7 have had it at that time.  I don't know.
8     Q.   Was that something that was recommended for
9 you?
10    A.   Not that I can remember.  I don't remember
11 using it until after 2017.  I don't -- I don't remember.
12    Q.   So it's your recollection you didn't begin to
13 use melatonin or tryptophan until after 2017?
14    A.   Well, tryptophan, what is that?
15    Q.   If you don't know, then you just tell me you
16 don't know.
17    A.   Oh, yeah, I don't know.
18    Q.   Okay.  Did you use melatonin prior to 2017?
19    A.   I'm not sure.
20    Q.   So did you complain that the Malarone was
21 actually a defective IV bag at one point?
22    A.   It was an old tablet, and I -- I did not make
23 that claim.  Dr. Schwartz suspected that, he made that
24 statement.
25    Q.   And did you -- did he tell you why he thought

1 it was a defective IV bag?
2     A.   Well, it wasn't an IV; it was a tablet.  And
3 his reason why he said he thought a batch may be
4 defective?  No.  He didn't say why he thought that, no.
5 He -- he made a comment that was generic.  That's it.
6 He didn't...
7     Q.   And what was that comment?
8     A.   Oh, he said that, you know, just Malarone
9 drugs will -- are just known to fry your brain, you
10 know, using slang word -- language like that.
11    Q.   Was there a time during which you had home
12 health nursing staff in your home?
13    A.   Yes.
14    Q.   And what were they being used for?
15    A.   They were changing my PICC line extensions and
16 changing the PICC line bandaging.
17    Q.   And did that stop at some point?
18    A.   Yes.
19    Q.   Why was that?
20    A.   I found one of the nurses giving me medical
21 advice about antibiotics when it really wasn't
22 appropriate and sort of against the doctor's advice, and
23 I also found that I could treat myself, so.
24    Q.   And what was the advice that they were giving
25 you that you felt was inappropriate?



1    A.   Oh, she didn't -- she didn't like that -- the
2  idea of anyone on long-term antibiotics.
3    Q.   And did she tell you why?
4    A.   I'm not sure exactly.  She might have
5  mentioned, you know, words about antibiotic resistance.
6  That was a big talk at the time.
7    Q.   Any other reason?
8    A.   No, not that I recall.
9    Q.   And so was it at that point that you started
10  to change your own PICC line extensions and bandaging?
11    A.   Yes.
12    Q.   All right.  Let's talk a little bit about your
13  PICC line.
14    A.   Okay.
15    Q.   I know -- I know you got it in 2014.
16    A.   Yes.
17    Q.   Were there things that you needed to do to
18  keep the PICC line clean?
19    A.   Yes.
20    Q.   Okay.
21    A.   I --
22    Q.   Tell me about the care of your PICC line.
23    A.   Sure.  A PICC line needs to be flushed as
24  well, aside from what I described to you about changing
25  the bandaging and changing the extension line, so that

1  the plastic doesn't crack.  So it would be flushed with
2  saline solution daily.  So I would do that daily whether
3  I used antibiotics or not.
4        And then something called a heparin lock,
5  which came within the kit.  These all came within the
6  kit from Infuserve.  These were packages of infusion to
7  adding -- once you're done with the saline, to have a
8  sterile boundary of fluids in the line beforehand
9  instead of saline solution.  This also served as a blood
10  thinner, heparin, to avoid your PICC line from causing a
11  blood clot.
12    Q.   And I won't talk about where you got the
13  supplies, I just kind of want to know.  In 2014, were
14  you still receiving the supplies from Infuserve at that
15  time?
16    A.   Yes.  That is why Infuserve, because it's an
17  infusion pharmacy versus a compound pharmacy, where you
18  get the entire kit all together, so you'd get
19  everything.  You get the bandaging and the StatLock,
20  all -- all the items you need.  It's a full suite versus
21  a compound pharmacy might not give you all those
22  supplies, so you have all the supplies needed.
23    Q.   And let's go over a little bit more.  So you
24  said a PICC line needs to be flushed daily with --
25    A.   Yes.

1    Q.   -- saline.
2    A.   Yes.
3    Q.   Okay.  So give me the specifics -- and let me
4  ask you this:  From the time that you got the PICC line
5  until it was removed in 2017, was it always the case
6  that the PICC line would need to be flushed daily?
7    A.   Yes.
8    Q.   Okay.
9    A.   Yes.
10    Q.   And was it always flushed in the same way
11  from 2014 to 2017?
12    A.   Yes.
13    Q.   Okay.  Can you tell me specifically how you
14  would go about flushing the PICC line?
15    A.   It's very simple.  Just --
16    Q.   Sure.
17    A.   -- to remove -- remove the cap from -- from
18  the PICC line extension and then screw on the saline
19  solution, a syringe, and inject it, flush it.
20    Q.   Okay.  Now, how much saline solution is being
21  used when you flush the PICC line?
22    A.   I'm not sure on the exact volume.  I might
23  have some -- but don't remember the exact volume.
24    Q.   I interrupted that part, something about
25  your... I apologize.

1    A.   There -- there may be syringes in this room, I
2  just don't recall that volume at this time.
3    Q.   Okay.  And -- and then -- so then my next
4  question is:  Did the syringes then come pre-dosed for
5  you to use with the PICC line?
6    A.   Yes, yes.  It's the standard dosage they give
7  to -- to all patients.
8    Q.   Okay.  So when you have the saline flush, it
9  was already -- was it in a needle or some kind --
10    A.   There is no needle.  It's called a DuraLock
11  where it's connecting the syringe solution and another
12  DuraLock is on the end of your PICC line extension.
13  And, yeah, they're already pre-filled.
14    Q.   Got it.
15    A.   There are many companies, Excelsior Medical
16  was one.  I remember those supplies.  Infuserve changed
17  suppliers a few times.
18    Q.   Okay.  So you would receive a certain number
19  of these saline --
20    A.   Yes.
21    Q.   -- flush -- well, can I call it a flush kit;
22  is that okay?
23    A.   Well, yeah.  The entire thing is a kit.
24  That's what's wonderful.  One of the things about
25  Infuserve is they have the bandaging, the StatLock; they



1  have the kit, the heparin.  It's an all-in-one package,
2  and that's what makes it different from a compound
3  pharmacy versus the infusion pharmacies, where you have
4  all the supplies needed.
5      Q.   And I understand that.  And I will ask you all
6  about that, but I'm really trying break it down so we
7  understand what's going on with your PICC line.  Okay?
8      A.   Sure.
9      Q.   So my understanding was, the PICC line was in
10  your upper left arm; is that correct?
11      A.   Yeah, yep.
12      Q.   Okay.  Was that close to your armpit or was
13  it -- where exactly on your arm was it?
14      A.   I mean, it -- it's sort of about right here
15  (indicates), just making an estimate, so.
16      Q.   So the bicep?
17      A.   Very -- yeah, a very central location.  Okay,
18  well, that's the (indicates)...  There's the mark.
19      Q.   Okay.  So then, you're using the saline that's
20  already pre-filled for you, and basically --
21      A.   Yeah.
22      Q.   -- you just push that solution into the PICC
23  line, if I understood you correctly?
24      A.   Yeah.  You just push it.
25      Q.   Okay.  Is that step one?

1      A.   Yeah.  That's just -- and that's all it is,
2  you know, to daily flush it with saline, yeah.
3      Q.   Okay.  What time of day would you typically
4  flush it?
5      A.   Probably late at night, early morning, before
6  going to bed.  I'd get out of bed if I've forgotten it.
7  Comfortable upstairs and -- oh, yeah, I do that.  Yeah,
8  they're -- they're amazed how long I did that without
9  complications.
10      Q.   And so flushing only has to happen one time a
11  day; is that --
12      A.   Yeah.
13      Q.   -- fair?
14      A.   Once a day --
15      Q.   Okay.
16      A.   -- yeah.
17      Q.   Now, you talked to me a little bit about the
18  heparin lock, are you using that in connection with the
19  antibiotics, or is that something different?
20      A.   Yeah.  I would -- I would use that during the
21  uses of antibiotic, so that would get added in on top of
22  flushing with saline first.  Also, I didn't use it every
23  day, because it thinned my blood out too much, the
24  nurses had noticed, and had caused bleeding, so it was
25  reduced in the amount it was used.

1      Q.   Okay.  So when you would get the kit from
2  Infuserve --
3      A.   Yeah.
4      Q.   -- how many days of medication was typically
5  in there?
6      A.   So they give you 14 doses.
7      Q.   Okay.
8      A.   And that -- since I was pulsing it from the
9  gallbladder attack in late '14, that mean it would last
10  me a month, even though it was --
11      Q.   Okay.
12      A.   -- sort of a two-week, you know, prescription,
13  so to speak.
14      Q.   So what was your understanding, when it was
15  prescribed, how often were you supposed to take it?
16      A.   Dr. Jaller wanted me to take it continuously,
17  so every day.
18      Q.   Okay.  And did you then take it every day?
19      A.   Yes.  Until the gallbladder attack.
20      Q.   And then at that point, how often did you take
21  it?
22      A.   I then learned it needed to be pulsed.  I
23  would take it normally four days on and three days off.
24      Q.   Okay.  And why did you associate the
25  continuous taking of the medication with your

1  gallbladder attack?
2      A.   It was -- I researched it.  It was well-known
3  information that long-term antibiotics will cause stones
4  in the gallbladder, and the way to avoid that is pulsing
5  them.  And this was in much literature I found.
6      Q.   And was this something told to you by a
7  physician?
8      A.   Dr. Schwartz and I likely talked about it,
9  but, you know, I don't remember those conversations.
10      Q.   Did he change your medication or the
11  prescription itself, so that it was -- that you were
12  supposed to take it four days on and three days off?
13      A.   The way the prescription worked is -- I
14  believe it was good for a year of just getting refills,
15  so there was no need to change the prescription.  I just
16  started ordering one box per month instead of two.
17      Q.   Did Dr. Schwartz change the description on
18  your prescription, such that instead of it reading to
19  take once a day, you were only supposed to take it four
20  days on and three days off?
21      A.   I -- I don't recall that he did.  You know,
22  these would have just been discussions.
23      Q.   All right.  So other than the PICC line
24  needing to be flushed, what other maintenance is
25  required to keep your PICC line in good function?

1    A.   Sure.  As mentioned before, that PICC line
2  extension would get brittle and needed to be changed.
3  Also it is -- a PICC line is held in place with
4  something called a StatLock, so that lock would need to
5  be changed.  And then the new bandaging, you know, the
6  cleaning of that, I would be very careful, to avoid
7  getting an infection, which I didn't do, and changing
8  that StatLock and the bandaging that wraps around it to
9  keep it sterile.
10    Q.   So how often -- we know that you'd flush it
11  once a day, how long would you have --
12    A.   Yeah.
13    Q.   -- to change the PICC line extension?
14    A.   The PICC line extensions, the quality varied
15  with changes, so they would last longer, maybe a month
16  or so, and then a supplier would change, then they might
17  only last a couple of weeks.
18    Q.   If the what was changed?
19    A.   The supplier would change on those --
20    Q.   Oh.
21    A.   -- and if they were stiffer plastic, which
22  looked to decay, get stiffer more quickly, I -- I'd
23  change them more often.  That was around two weeks.
24    Q.   Okay.  And you said that there was a StatLock
25  that would need to be changed, how frequently was the

1  StatLock changed?
2    A.   I'm not sure on that.  It's an item that does
3  not touch any infection access point, so as -- it's as
4  needed.  I don't recall exactly.
5    Q.   In the four years that you had the PICC line,
6  are we talking more than a handful of times that you
7  changed it?
8    A.   Oh, yeah.  I mean... '17, yeah, three and a
9  half years.  Yeah.  This is a regular duty that nursing
10  staff normally was doing, and I was doing it.  I got
11  that in every kit I had, so I special ordered items like
12  StatLock, et cetera, with each order from Infuserve.
13    Q.   Okay.  And so each order that you would get
14  would contain at least one StatLock, so were you
15  changing it at least one time every time you got your
16  prescription?
17    A.   Yeah.  I -- I'd say so.  You know, I can't
18  like vividly remember for sure, but, yeah, I would say
19  so.  And there's -- there was something I added along,
20  which was called a Biopatch that was an add-on, and that
21  went over where the IV exited my arm, and that was to
22  prevent infection from that point as well.  So I had to
23  add that on to each kit as well, aside from the rest
24  that are already included.
25    Q.   And how frequently did you change the

1  bandaging?
2    A.   Like I said, it -- it would be an estimate,
3  you know, whenever I felt it needed to be changed.
4    Q.   Okay.  So are we talking about, that you're
5  changing the dressing on your bandage -- excuse me, I
6  don't know if you called it a dressing or a bandaging --
7  but are you changing the bandaging at least once a week?
8    A.   I think, it could be once a week to once every
9  two weeks, so I'll have to guess that.
10    Q.   Well, I'm not asking for a guess; I'm asking
11  you to estimate.  You were the one who was handling it,
12  right?
13    A.   Sure.  One to two weeks, that would be my
14  guess, depending on how it was looking.
15    Q.   Okay.  Obviously, what you're telling me is if
16  it was dirty, you would change it?
17    A.   Yes, yes.
18    Q.   Okay.  You said that you had to clean the PICC
19  line, can you tell me what you meant by that?
20    A.   I think I meant by flushing it with that daily
21  flush.
22    Q.   Were you ever required to actually clean the
23  PICC site with anything?
24    A.   I only -- only the lock, it's called a Luer
25  Lock, that's the only thing that touches something else,

1  like the pre-filled syringes of saline or heparin or the
2  IV antibiotic, the line coming from that elasmo
3  (phonetic) pump, and so, yeah, with alcohol I would
4  clean that -- that connection, yeah.  And then, yeah,
5  when I was changing bandaging, I would wipe alcohol over
6  my arm, from my arm up to the tape sort of from the
7  StatLock, and, yes, clean the line itself, the exterior
8  with alcohol swabs.
9    Q.   And when you would shower, how would you keep
10  that area intact?
11    A.   Sure.  So I found special devices that were
12  rubber, designed to cover PICC lines, so I would then
13  pull this rubber device over, and it would grasp above
14  my arm above the bandaging and below, and make a
15  waterproof seal, so I could then take a shower, and
16  these PICC line covers were blocking the area from
17  water, therefore not damaging the bandaging.
18    Q.   And what were those called?
19    A.   They were called devices to shower with PICC
20  line.  I don't know the exact name.
21    Q.   Where did you get it from?
22    A.   Amazon.  I could pull that up for the
23  attorneys.
24    Q.   You said you got it from Amazon, right, so...?
25    A.   Yeah, yeah.



Page 61

1    Q.   And do you have any of those still?
2    A.   No.
3    Q.   Is there anything else that you needed to do
4   to maintain your PICC line other than those things that
5   we just spoke about?
6    A.   I believe that covers the bases.
7    Q.   Okay.  Now, let's talk about what you would do
8   when you were ready to do an infusion, just --
9    A.   Sure.
10    Q.   -- generally speaking, what's involved there,
11   and you can go through it, and then we'll do like we
12   just did, and I'll go step by step with you.  Okay?
13    A.   Okay.  Well, I --
14    Q.   All right.  So just tell me -- tell me what's
15   involved with an infusion.
16    A.   Sure.  So, you know, I would take that cap
17   off.  It also got replaced readily, it was a part of the
18   kit.  I would flush the line first, getting rid of that
19   heparin lock out of the way first.  Then I would take
20   the elastomer (phonetic) pump, which is a pressurized
21   ball, and it has the same thing, a Luer Lock, wipe with
22   alcohol on both ends of those, connect it, and simply
23   release a clasp opening on its line and also a clasp
24   blocking the PICC line and let it start flowing for an
25   hour, pumping on itself from the pressure.  It was a

Page 62

1   very simple process.  And then at the end, flush the
2   line again.  So you're doing this two times when you're
3   doing an infusion and then replacing the cap with a
4   fresh one.
5    Q.   Okay.
6    A.   Which is similar to the antimicrobial
7   Biopatches, the one they give you to have, like, you
8   know, some sort of solution in it and foam in it, and
9   that's -- you screw it on, and that's what keeps that
10   entrance sterile.
11    Q.   All right.  So when you say you would take the
12   cap off, what's the cap coming off of?
13    A.   It's coming off the end of the PICC line
14   extension.
15    Q.   Okay.  And then you say, get rid of the
16   heparin lock, so tell me what you mean by that.
17    A.   By -- by pushing the saline through the line
18   to flush it first.
19    Q.   So would you have already pushed heparin
20   before you do the infusion?
21    A.   Well, it was in there from the time before.
22    Q.   Okay.  So -- and I don't know -- and I'm not
23   trying to be confusing; I'm just trying to understand,
24   because I myself had not had an infusion before.  So --
25    A.   Sure.

Page 63

1    Q.   -- what I'm asking you is, was it required
2   that you would do a heparin before you would take an
3   infusion?
4    A.   Well, it's -- it's left over from you locking
5   a heparin lock, you know, having this fluid in the line
6   already, and then you're pushing it out with saline
7   solution to get rid of it and flush the line to where
8   you just got solu --
9    Q.   How often -- how often were you using the
10   heparin lock?
11    A.   It was most of the time.  It was not all of
12   the time, because if I used all the heparin lock supply
13   in the kit, then there would be bleeding from my blood
14   being excessively thinned out.  So I'd have leftovers.
15    Q.   Okay.  And so I know you were telling me
16   earlier that you would flush the PICC line one time
17   daily.  So if you're doing an infusion, are you then
18   flushing it three times for that day, because you would
19   flush it the normal time --
20    A.   I --
21    Q.   -- at night and then both --
22    A.   Twice.
23    Q.   -- before and after you would do the infusion?
24    A.   It was getting flushed twice that day, yeah,
25   so before and after.

Page 64

1    Q.   Okay.  And then on days that you did not have
2   an infusion, it would be just flushed the one time
3   before bed?
4    A.   One time, one time a day, yeah.  In the
5   evening, just needed to be flushed with saline.
6    Q.   And I understand you weren't using heparin
7   every time, but, I guess, my question is this:  Were
8   there times when you would use the heparin that you were
9   not having an infusion, so on days where you weren't
10   infusing the antibiotic?
11    A.   No.  On days it's flushed, I would not use
12   heparin.
13    Q.   Okay.  Okay.  So we've gone through taking the
14   cap off the PICC line extension, you're putting the
15   saline, you said, through the PICC line to get rid of
16   the heparin.  What comes --
17    A.   Yes.
18    Q.   -- next?
19    A.   The antibiotic.
20    Q.   Okay.  Now, you indicated that it takes about
21   an hour.
22    A.   Yes.
23    Q.   So tell me a little bit about where you do --
24   well, let me ask -- let's go back.  Would you typically
25   do the infusion in the same location?



Page 65

1    A.   I -- this was nice and casual where I could do
2  so on the couch, because it's just an elastomer pump
3  instead of a hanging IV, like I had with the first
4  infusion company.  So you can just put it in your
5  pocket, and it's infusing.  It's amazing.
6    Q.   Okay.  And so given that you could really do
7  the infusion anywhere --
8    A.   Yeah.
9    Q.   -- is it fair to say that where you would do
10  the infusion might change depending on the day?
11    A.   Nah.  I would -- I would start off where I
12  would prepare my medical supplies and then walk to the
13  couch and sit there.  So that was the pattern.
14    Q.   And where would you prepare your medical
15  supply?
16    A.   On a table in my office.
17    Q.   And then the couch, I'm assuming it's the
18  couch in the living room?
19    A.   Yes.
20    Q.   About how far is your office from the living
21  room couch?
22    A.   Approximately 30 feet.
23    Q.   Okay.  And once you are sitting in the living
24  room, were you -- did you pretty much stay seated on the
25  couch until the infusion was complete?

Page 66

1    A.   Yeah.
2    Q.   What would you wear when you were preparing
3  and having your infusion?
4    A.   A T-shirt.
5    Q.   Did you need assistance from anyone to do the
6  infusion?
7    A.   No.
8    Q.   And you -- you mentioned it was in a little
9  ball, and I'm going to show you some pictures that you
10  sent us in discovery, but --
11    A.   Sure.
12    Q.   -- where -- when you were seated on the couch,
13  where -- where would that be?
14    A.   It would be in my lap or in my pocket.
15    Q.   And how was your arm, was your arm just at
16  your side, was it up on a -- on a wedge cushion, or
17  something else?  How would you --
18    A.   No.  It was --
19    Q.   -- put the arm -- your left arm?
20    A.   -- just a natural sitting position.
21    Q.   So was it at your side on your lap?
22    A.   Yeah.  Just on my side.  I would sit on the
23  couch.
24    Q.   And so was your arm -- I'm just trying to
25  understand, sir.  So was your arm just hanging down, or

Page 67

1  did you have it laying on something?
2    A.   No, it was not laying on something.  It was --
3  it was normally at rest to my side, because if -- if
4  you're trying to compare IVs with a drip, you know, this
5  is different, because this pump pressurizes it, so you
6  don't need to be in any special position.
7    Q.   I'm not trying to figure out if you need --
8    A.   I don't --
9    Q.   I'm just trying to figure out how you -- how
10  you do this, because like I said, I have not had an
11  infusion.
12    A.   Sure.  Most people -- I wouldn't know either,
13  so if I haven't had to do it.
14    Q.   And so when I sit just normally, my arms are
15  on my lap.  And that's why I'm asking you, where are
16  your arms when you have these --
17    A.   Oh, to my side.
18    Q.   -- things in your left arm?  Okay.
19    A.   To my side.
20    Q.   And then once that infusion -- how do you know
21  when the infusion is complete?
22    A.   So the -- the ball goes empty.  It's been all
23  pushed out, you got a deflated ball, and there you have
24  it.
25    Q.   And at that point is when you flush the line

Page 68

1  with saline again?
2    A.   Right.  From the -- from the -- yeah, the
3  antibiotic line.  And, yeah, do your alcohol swabs on
4  both sides.  Swab and flush it again, yeah, and recap
5  it.
6    Q.   All right.  I'm going to show you some
7  pictures that I've received in discovery, so we can kind
8  of understand --
9    A.   Sure.
10    Q.   -- with regard to this case.  And I'm going to
11  label them as we go, because for each of the pictures,
12  what I'm trying to learn is when they were taken, okay,
13  and what you're showing me, and I'll ask you each time.
14  It's just so you know what I'm going to ask.  Okay?
15    First things first.  My understanding is you
16  were receiving, as we've discussed, these infusion bags
17  from Infuserve for a number of years before February
18  of 2017; is that fair?
19    A.   That's fair, yeah, late '14.
20    Q.   Okay.  I'm going to share my screen with you
21  so that everyone can see what I'm showing you.  Do you
22  see on your screen in front of you an invoice?  And if
23  you need me to make it bigger, I can, and we can scroll
24  Mr. Doherty.  You let me know.
25    A.   Yeah.



1    Q.   Do you see how it has a day, it says date of
2  delivery, Thursday, 02/16/2017?
3    A.   Yes.
4    Q.   Number of days, 14.  Date ordered, it
5  starts 02/17/17; is that correct?
6    A.   Yes.
7    Q.   Okay.  Would you have received a copy of this
8  invoice?
9    A.   Yes, I would have.
10    Q.   And do you still have a copy of this invoice?
11    A.   I have found one, yes.
12    Q.   And does your invoice look the same as this
13  one?
14    A.   Yeah, it looks similar.  The only changes
15  would be if I needed more supplies, to add them would be
16  the only changes, the number of supplies, depending on
17  what I needed.
18    Q.   Okay.  I'm going to mark this as Defense's
19  Exhibit No. 1, and this is just the invoice for the
20  Infuserve infusion package that you received --
21    A.   Yeah.
22    Q.   -- in February of 2017.
23         (Defendant's Exhibit No. 1 is marked for
24         identification.)
25

1  BY MS. KOFORD:
2    Q.   And so I want go through it and make it a
3  little bigger, so you can actually see what the products
4  are.  Okay?
5    A.   Okay.
6    Q.   Can you see a little better?
7    A.   Yes.
8    Q.   Okay.  So -- and I'm going to scroll just a
9  little bit, so you can kind of see everything.
10        On here, does it indicate that ceftriaxone
11  with 14 doses --
12    A.   Yes.
13    Q.   -- provided?  Okay.  And do you recall
14  receiving 14 doses in that February 2017 packaging?
15    A.   Yes.
16    Q.   Okay.  And then it says there are 15 saline
17  flush kits.  Did you receive 15 saline flush kits?
18    A.   I would assume I did.  You know, I don't
19  recall counting it.
20    Q.   So when you received your supplies from
21  Infuserve, would you count them to make sure everything
22  was there?
23    A.   No.  I would call in for each order and sort
24  of look at my supplies and just ask what I needed.  If I
25  had what I needed, so, no, I wouldn't specifically

1  count, you know, how many.
2    Q.   If -- if something was missing, you would just
3  call and ask for it?
4    A.   Yeah.  So I made -- I made separate orders
5  also without ordering this package.  I would make
6  separate orders of supplies.
7    Q.   Okay.  And then it indicated ten heparin,
8  that's the heparin lock we were talking about?
9    A.   Yeah, yep.
10    Q.   Okay.  Any reason to believe you did not
11  receive ten of those?
12    A.   No.  I wouldn't have a reason that I didn't
13  receive them, no.
14    Q.   Okay.  This says here, two dressing change
15  kits with ChloraPrep.
16    A.   Yeah.
17    Q.   What is that?
18    A.   That's just how the bandaging is, also a sort
19  of antimicrobial like -- if you see the Biopatch
20  dressing --
21    Q.   Uh-huh.
22    A.   -- so it's just a dressing change kit and, you
23  know, that would be included in it, that it's sterile.
24  You know, it's got a substance to the antimicrobial,
25  like the Biopatch dressing mentioned below.

1    Q.   So was it bandaging and some kind of liquid or
2  the bandaging had something on it, to your knowledge?
3    A.   No.  The bandaging -- no, it has nothing on
4  it, the way it was built.  Just like the Biopatch
5  dressing, it's just, you know, a -- they've both kind
6  of --
7    Q.   All right.
8    A.   They're already manufactured the way they're
9  manufactured.
10    Q.   And then it says, two 14-inch extension kits.
11  I'm just moving up as we go down, so you can see.
12    A.   Okay.
13    Q.   But two 14-inch extension kits with
14  MicroClave?
15    A.   Yes.
16    Q.   And were those the extension kits that you
17  were telling me that you would need to sometimes
18  replace?
19    A.   Yes.
20    Q.   The 100 alcohol prep pads, I'm assuming it's
21  just like a box of alcohol wipes that you would use --
22    A.   Yes.
23    Q.   -- as needed?
24    A.   Yes.
25    Q.   Okay.  And this swab cap, Luer Access Valve



1  disinfectant, what's that?

2      A.  That's the cap I referred to earlier, which

3  has the -- like the Biopatch dressing or the ChloraPrep

4  has a sterile foam inside of it, so that you have those

5  to change, another layer of -- boundary of protection to

6  keep it sterile.

7      Q.  Any reason to believe you did not receive ten

8  of those?

9      A.  No.  I wouldn't have any reason to believe

10  that.

11      Q.  And then there's the StatLock PICC Plus,

12  what's that?

13      A.  Okay.  That's an option I added, the StatLock,

14  because it's just a very good way of securing the PICC

15  line to your arm.  So I used those as a part of changing

16  the bandaging, I change the StatLock also, and that's

17  what secured the line in place on my arm.

18      Q.  Okay.  And the Biopatch dressing we've talked

19  about --

20      A.  Yes.

21      Q.  -- that would come in that packaging as well?

22      A.  Yeah.  And that's also a separate order I

23  added, that's optional.  And that's something you place

24  around the entrance of the line, and that's another

25  layer of defense of preventing infection.

1      Q.  Okay.  And then it says, Pharmacist consult

2  refused.  Is that because at this point, you already

3  knew what you were getting and how to use the

4  information?

5      A.  Yeah.  I'd just call and talk to someone and

6  order it.

7      Q.  Okay.  And then the drug information, were you

8  provided -- what were you pro -- what was the drug

9  information that was provided?

10      A.  I'm not sure what that means, if that were the

11  labels on the bags or -- you know, except for getting

12  the initial paperwork, I -- I don't recall getting more

13  paperwork.  You know, just says on the bag, how many

14  doses, expiration dates, so on, and so on, and this

15  invoice, of course.

16      Q.  And an invoice -- (unintelligible).

17      A.  I'm sorry?

18      Q.  You would get an invoice each time you got

19  your order?

20      A.  Yes.  Yeah, yeah it was in the box each time.

21      Q.  Okay.  And this one at the bottom indicates

22  order filled by, some initials, it gives the date filled

23  of February 16th.  And then would there have been a

24  signature of you -- or on your copy?

25      A.  No.

1      Q.  Okay.  And it's willhdoherty@hotmail.com, was

2  that your e-mail address at the time?

3      A.  Yes.  That was one of the e-mails I used at

4  the time.

5      Q.  Okay.  And then with regard to the

6  February 2017 packaging that you received from

7  Infuserve, does this seem to be about everything you

8  would have received in that --

9      A.  Yeah.  That would -- that would look like a

10  fairly normal order compared to other invoices.

11      Q.  Okay.  All right.  The next thing that I'm

12  going to show you is -- can you see this one?  I changed

13  it.

14      A.  Yes.

15      Q.  Okay.  Let me see.  It looks like it's a

16  couch.  Let me see if I can turn it counterclockwise.

17  Give me a second.  Okay?

18      Okay.  So I have a picture that I received in

19  discovery, and I'm going to mark this one Defense's

20  Exhibit No. 2.

21      (Defendant's Exhibit No. 2 is marked for

22  identification.)

23  BY MS. KOFORD:

24      Q.  Can you tell me what I'm looking at?

25      A.  Sure.  You're looking at photos of those IVs

1  that are inside their individual bags and then inside

2  the two bags -- bags that are included in the shipment.

3      THE COURT REPORTER:  Say the second bag -- I'm

4  sorry, I didn't get the name of the -- "individual bags

5  and inside the two," what bags?

6      THE WITNESS:  Okay.  Those are each -- when I

7  received an order, they came with seven elasmo pumps,

8  and seven of those are in one elastomeric bag, and the

9  other seven are in the other.  So that protects the

10  medication from light.

11      MS. KOFORD:  Did you get what you needed,

12  Madam Court Reporter?

13      THE COURT REPORTER:  I did.  I just wanted to

14  know the name of the second bag.

15      THE WITNESS:  Oh, they are photo -- bags.

16      THE COURT REPORTER:  Photo...?

17      MS. KOFORD:  Can you spell that for her?

18      THE WITNESS:  I don't know the spelling.

19      THE COURT REPORTER:  Okay.  I got photo, I

20  just need the second syllable -- I mean, the third

21  syllable, photo...

22      THE WITNESS:  Well, I'm going to go ahead and

23  just get it right, so that...  My phone says that

24  spelling is not a question.

25



1  BY MS. KOFORD:
2      Q.   Well, since, we can't spell, we're not going
3  to judge you for your spelling.  Okay?
4      A.   Yeah, they're photo -- a bag that blocks
5  light.
6      Q.   Okay.  So I'm going to admit as Defense No. 2
7  just the picture we see in front of us.
8      A.   Okay.
9      Q.   And, Mr. Doherty, are we looking at the two
10  bags that contains seven elastomeric pumps each on a
11  chair?
12     A.   Yes.
13     Q.   Okay.  And when was this photograph taken?
14     A.   I'm not sure.  I'd have to find it.
15     Q.   And -- well, let me ask you this question:
16  The photographs that I received, including this one,
17  what was used to take them?
18     A.   An iPhone.
19     Q.   And as you -- I'm assuming you have a
20  different phone than you had in 2017?
21     A.   Yes, I do.
22     Q.   Is it still an iPhone?
23     A.   Yes.
24     Q.   Are those photos still in your iPhone?
25     A.   Yes.

1      Q.   Can you look in your iPhone and tell us the
2  date of that picture?
3      A.   There are a lot of photos.  It might be -- I
4  took several photos of them, and it would -- yeah, to
5  find them might be something I'd have to do.  Is that
6  something that could be provided to you from the
7  attorney?  Me finding them and --
8      Q.   And --
9      A.   -- and then --
10     Q.   Just so you know, we have every right to know,
11  obviously, when these photos were taken.
12     A.   Sure.
13     Q.   And so --
14     A.   Sure.
15     Q.   -- you know, if that requires a download of
16  your phone, we can do that, or we need the specific
17  dates.  We've not received a numerous amount -- you
18  know, a variable amount of photos.  We've only received
19  a few.  Are you --
20     A.   Okay.
21     Q.   -- indicating to me you have a number of
22  photos with these bags on a chair?
23     A.   Yeah, I believe so.  And I just have -- took
24  so many photos to browse through to give you that
25  timely -- but that's something that can be done.  I can

1  go through iCloud --
2      Q.   And --
3      A.   -- and find them.
4      Q.   -- they're in date order, so would these have
5  been taken in 2017 when you received the products?
6      A.   Yes, yeah.  Everything was taken, you know,
7  before the expiration date.
8      Q.   And why were they taken at that time?
9      A.   I -- I would have to guess is that -- I -- you
10  know, something had gone wrong, and I -- so I take the
11  photo.  You know, I can't say 100 percent why at that
12  date, but, you know, to just document.
13     Q.   You yourself took the photos, correct,
14  Mr. Doherty?
15     A.   Yeah.  Yes, I myself took the photo.
16     Q.   But you can't tell me why you took the photo?
17     A.   Well, I -- I took the photo because, you know,
18  I had -- I had, you know, a bad reaction to that batch,
19  and I would be just documenting that batch.
20     Q.   So would the photograph have been taken in
21  February of 2017?
22     A.   No, I don't think -- I don't think it would.
23     Q.   Would it have been taken in March of 2017?
24     A.   No.  Because I am caring for my dying mother
25  that next two months, as you mentioned, the death all

1  the way through that.
2      Q.   Okay.  So you would not have taken the photo
3  at any time before your mother's death?
4      A.   No.  And to -- to give you even an accurate
5  answer at all, I'd have to look through my iCloud and
6  find that, which I could, but I -- I don't know when
7  that was.
8      Q.   And so you're aware, in discovery, we're
9  allowed to obtain these items.
10     A.   Sure.
11     Q.   And I would just ask that you not alter,
12  change, or destroy any of the photographs, because --
13     A.   Of course.
14     Q.   -- I haven't had an opportunity --
15     A.   Of course --
16     Q.   -- to obtain them from your counsel.
17     A.   Of course.
18     Q.   And I would --
19     A.   It's all in there.
20     Q.   That's okay.  And I'm just instructing you, so
21  that you know, for the Court's purposes, because those
22  are important obviously --
23     A.   Is it -- is it okay if I take the photo of
24  this photo, so I'd have that exact photo?
25     Q.   Oh, you mean, right this -- yeah.  I obviously



Page 81

1  don't want to hear from your attorney that the date of
2  the photos is 04/29/2022, because that's the date of
3  your deposition, and clearly the photo would have been
4  taken prior to that, right, Dr. [sic] Doherty?
5      A.  Yes, yes.
6      Q.  Okay.  Now, I will say that to the extent that
7  you have more photographs, I want any and all
8  photographs of the medication that you received in
9  February of 2017.  So if those have not been provided,
10 please make sure that you retain them in their current
11 way, so that I can obtain them from your attorney.
12 Okay, Mr. Doherty?
13     A.  Okay.
14     Q.  Okay.  So that was Defense's Exhibit No. 1.
15 All right.  So --
16         THE COURT REPORTER:  No, no, no.  That's 2,
17 the invoice is No. 1.
18         MS. KOFORD:  I'm sorry.  I'm so sorry, you are
19 correct.  That is Defense Exhibit No. 2.  That's
20 correct.  Thank you, Madam Court Reporter.
21         So Defense's Exhibit No. 2, for clarification,
22 is the photos of the two bags on the chair.
23 BY MS. KOFORD:
24     Q.  Now, I am going to turn your attention to
25 Photo No. 3.  They're not in any order other than they

Page 82

1  just happen to be open on my screen, and to make it
2  easier for everyone.
3         So here, I'm going to make it a little smaller
4  so you can see.  Mr. Doherty, do you see what's on your
5  screen?
6      A.  Yes.
7      Q.  Okay.  Can you describe for the court reporter
8  and the jury what you're seeing?
9      A.  Yes.  That is the elastomeric pump holding the
10 Rocephin antibiotic that is pressurized.  I see a clasp
11 and also sealed with tape to lines on the IV leaving it,
12 and then it's enclosed in its own packaging.
13     Q.  And when you would get this, is this packaging
14 sealed?
15     A.  Yes.  So each IV is sealed.  You can see it's
16 also sealed in another way, because it is in a pressure,
17 it just push out.  That -- that white tape across, the
18 top right you're looking at, that's another way to have
19 it sealed, and then there's a clasp on the left, which
20 is a way to have it shut off and sealed.  But they have
21 that white tape to make sure that seal isn't broken.
22 You have to break that first.
23     Q.  Okay.
24     A.  After taking it out of the --
25     Q.  And so -- go ahead.

Page 83

1      A.  After taking it out of the packaging, which is
2  also already sealed.
3      Q.  Okay.  And so my --
4      A.  It's already sealed --
5      Q.  -- question --
6      A.  -- yeah.
7      Q.  So my question is -- we're going to mark this
8  as Defense's Exhibit No. 3.
9         (Defendant's Exhibit No. 3 is marked for
10        identification.)
11 BY MS. KOFORD:
12     Q.  And what we were seeing is on the screen, it
13 says -- and it's a little upside down -- but it says
14 "easy pump"?
15     A.  Yep.
16     Q.  And that would be the infusion pump with
17 the --
18     A.  Yes.
19     Q.  -- the antibiotic inside of it?
20     A.  Yes.  That is the pressurized elastomeric
21 device pump that -- with that pressure they put into it,
22 then pressurizes it and pushes that antibiotic out on
23 its own, so that way you don't need gravity, and it's
24 convenient.
25     Q.  Okay.  And then you see on this right side?

Page 84

1      A.  Yeah.
2      Q.  Would there have been another pump in this
3  one?
4      A.  If that's two together -- I have them.  Do you
5  mind if I take a peek if that's a part of the labeling
6  or if that's on each one?  Do you mind if I look at
7  them?
8      Q.  I mean, that's fine.  I just have no idea, so,
9  yeah.
10     A.  Good.
11         (A pause in the proceeding.)
12         THE WITNESS:  Okay.  So I see after looking at
13 it here -- here is a bag from that batch, and --
14 BY MS. KOFORD:
15     Q.  Okay.
16     A.  -- can you see it?
17     Q.  I can see it.
18     A.  Okay.  And so that upper part you're seeing
19 from behind, it's just this second part that's empty.
20 You know, there's instructions, and it gives an
21 expiration and information.  At the front of this, what
22 you're seeing upside down is a bag of this thing and all
23 the remnants.
24     Q.  Okay.
25     A.  Allow me to put this back in the freezer; is



Page 85

1  that okay?
2     Q.  Uh-huh.
3     A.  Okay.
4        (A pause in the proceeding.)
5  BY MS. KOFORD:
6     Q.  All right.  So, Mr. Doherty, we're looking --
7  still looking at Exhibit No. 3 with the elastomer pump.
8     A.  Yes.
9     Q.  When was this photo taken?
10    A.  That also, I -- I will do that, take a look
11  and find that exact photo, so you guys... Take a photo
12  of that to find the matching photo, and I will hunt that
13  down.
14    Q.  And was it -- would it have been taken at the
15  same time that you took Defense's Exhibit No. 2 with the
16  two bags on the chair?
17    A.  I'm not sure, and I wouldn't want to assume,
18  so I -- I will hunt down the exact, because I'm
19  not 100 --
20    Q.  Why was this -- would you have taken this
21  photo?
22    A.  Yes, I took that.  I would have taken that
23  photo.
24    Q.  Why?
25    A.  To just -- just doc -- document the

Page 86

1  medication.
2     Q.  And would you do this every time you received
3  medication?
4     A.  No.  I've never done that before.
5     Q.  And what we're looking at, the medication is
6  like that yellowish color, is that how it typically
7  appears when you receive it?
8     A.  Yes.  Yep, that is its normal appearance.
9     Q.  I'm going to go on to the next picture, make
10  it a little smaller, so you can kind of see the whole
11  thing.
12    A.  Yeah.  That stent -- the stent is actually the
13  bag, so when the bag is empty after the antibiotic is
14  withdrawn, that -- that stent is from the bag, the pump,
15  the elastomeric pump photo.
16    Q.  I'm sorry.
17    A.  That yellow hue is there after all the IV is
18  pumped out -- pushed out, I'm sorry.  So that yellow hue
19  is the pump itself.  That's the color of the device.
20    Q.  Are you saying that that pump is empty?
21    A.  No, no, it's not empty.  An empty one looks
22  deflated like a basketball, yet you still
23  have that hue, you know, that's the color of that
24  expanding elastomer (phonetic).
25    Q.  Okay.  So what you're saying is the medication

Page 87

1  is clear, but the container in --
2     A.  Yeah.
3     Q.  -- the end has that color?
4     A.  Yeah, yeah.
5     Q.  Understood.  Okay.  So that was Defense No. 3.
6  and I'm going to bring you back to Defense No. 4.
7     A.  Yeah.
8        (Defendant's Exhibit No. 4 is marked for
9        identification.)
10  BY MS. KOFORD:
11    Q.  What are we looking at here, Mr. Doherty?
12    A.  So you're looking at the front side of the
13  package.
14    Q.  And that is -- on each of the pump -- is this
15  documentation on each one?
16    A.  Yes.
17    Q.  Okay.  And this provides you with the name of
18  the medication, ceftriaxone?
19    A.  Yes.  Ceftriaxone.
20    Q.  And then it tells you to prime the tubing
21  first, using two grams over 60 minutes?
22    A.  Right.  So they have put 100 millimeters of
23  saline solution into that ball, and they have put two
24  grams of ceftriaxone, or the name brand, Rocephin, and
25  by saying, prime it first, you know, you just -- once

Page 88

1  you open it and break the other seal, you open that
2  clasp until the fluid comes up, so you're not pushing
3  air into your PICC line.
4     Q.  Okay.  And then it identifies it as Rocephin?
5     A.  Right.
6     Q.  All right.  And it tells you to protect it
7  from the light?
8     A.  Yes.
9     Q.  And how long can you keep it at room
10  temperature?
11    A.  Forty-eight hours, so that's why I had to
12  throw them in -- you know, one in the fridge and one in
13  the freezer immediately when I got them overnight.
14    Q.  And frozen -- or refrigerated, how long does
15  it last?
16    A.  Fourteen days.
17    Q.  And frozen?
18    A.  Forty-five.
19    Q.  And when was this particular batch refilled?
20    A.  He was -- this batch?  Well, on the 26th
21  of 2016, I see, October 26th.
22    Q.  So that's the original date.  Does it tell you
23  down here that it was refilled on February 16th, 2017?
24    A.  Oh, I'm sorry.  Yeah, the prescription.  The
25  prescription was an annual one, so that's when he would



Page 89

1  have done an annual prescription, and, then -- yeah.
2  But the refill date is down there on the 16th, yeah.
3      Q.  And the refill date would have been the date
4  that they sent it to -- overnight to you?
5      A.  Yes.
6      Q.  Not the date that you received it, but the
7  date it was sent?
8      A.  Right.  I would have received it -- I would
9  have received it on the 17th.  And that's why those
10  photos, because it's that batch, so, yeah, that's why
11  there's those photos are on -- because I would have
12  taken a photo before.
13      Q.  Again, you -- you don't know when this photo
14  was taken?
15      A.  Nope.  But I can -- the same thing -- look
16  through and find it.
17      Q.  How does the medication arrive to you?  Does
18  it come via FedEx?  UPS?  Regular mail?
19      A.  Yes.  It comes via FedEx.
20      Q.  And what -- what's in the packaging?
21      A.  So in the packaging are the antibiotics,
22  clearly, the supplies that you saw on the invoice, and,
23  you know, some sort of coolant, you know, to maintain
24  the medication device -- bag in there and it's inside a
25  Styrofoam box for insulation.

Page 90

1      Q.  Okay.
2      A.  And an invoice, yeah.
3      Q.  And are these left at the door or some -- some
4  had to be signed for?
5      A.  They are left at the door.  And, of course,
6  I'd grab them quickly to get them in the freeze --
7  freezer and then the fridge.
8      Q.  And do you recall, at this time, whether or
9  not you met the FedEx person at the door?
10      A.  I don't recall.
11      Q.  And did you have to sign for those?
12      A.  No.
13      Q.  Okay.  I'm going to show you what I'm going to
14  identify -- I think, we're up to No. 5 -- Defense's
15  Exhibit No. 5.
16          (Defendant's Exhibit No. 5 is marked for
17          identification.)
18  BY MS. KOFORD:
19      Q.  What am I looking at in this picture?
20      A.  You are looking at one of those IV doses that
21  was put into the refrigerator upon receiving it from
22  that batch, and it is discolored, because it was in the
23  refrigerator first before I moved it to the freezer.  It
24  didn't go straight into the freezer.
25      Q.  Was it at some point placed in the freezer?

Page 91

1      A.  Yes, yes.  Afterwards, but it had cycle of
2  being in the refrigerator first.
3      Q.  And so it has like a reddish hue to it?
4      A.  Yeah.
5      Q.  When was it placed in the freezer?
6      A.  Oh, it would have been quickly.  So quickly,
7  but, you know, it will have -- had gone through one more
8  freeze cycle, even though it had been put in at a
9  similar time as the other ones that went straight in
10  from the beginning.
11      Q.  And did you keep your medications in the same
12  place that you kept your food, or was there separate --
13  something separate you used to refrigerate and freeze
14  them?
15          MS. FRANCOIS:  Objection.
16          THE WITNESS:  No.
17          MS. FRANCOIS:  Compound.
18  BY MS. KOFORD:
19      Q.  You may answer.
20      A.  Okay.  It -- it was used in a normal household
21  refrigerator/freezer and kept within those -- the brown
22  bags you saw earlier.
23      Q.  And where in the fridge -- for the ones that
24  were kept in the fridge component, where in the fridge
25  were they typically kept?

Page 92

1      A.  I -- I wouldn't know exactly, but, you know,
2  on a rack.
3      Q.  So there wasn't a specific location where you
4  would typically keep them in the refrigerator?
5      A.  I mean, I think generally on the rack where I
6  might keep milk or so, you know.  I mean, there's just a
7  couple of racks, so one of those two.
8      Q.  And where were they kept in the freezer?
9      A.  Just on top of frozen foods, so on top of
10  things.
11      Q.  In looking at Defense Exhibit No. 5, what was
12  the purpose of taking this photos?
13      A.  The same reason, to document the medication.
14      Q.  If this medication was a different color, were
15  you trying to document the difference in color?
16      A.  Yeah.  That's probably what I was doing, was
17  documenting the differences.
18      Q.  And why was that important to you?
19          MS. FRANCOIS:  Objection.  That information is
20  privileged.
21          MS. KOFORD:  No, it's not.  He took the
22  picture, he can tell me why he took the picture, unless
23  you --
24  BY MS. KOFORD:
25      Q.  Did you have a conversation with Ms. Francois,



1  or did you take these pictures on your own?
2      MS. FRANCOIS:  Counsel, he did have counsel
3  before me, so this information is attorney-client
4  privilege, so you don't answer, Mr. Doherty.
5  BY MS. KOFORD:
6      Q.  So, Mr. Doherty, I would ask you a couple of
7  questions about that, and that is this:  Did you take
8  these pictures because you felt there was an issue, or
9  did you take them after retaining counsel?
10     A.  No, no.  Because there was an issue, you know,
11  what had happened, so.
12     Q.  Did you take them before or after you had
13  counsel?
14     A.  Oh, before I had counsel.
15     Q.  Okay.  Since you took them before you had
16  counsel, there's nothing privileged about it.  Why did
17  you take the picture, Mr. Doherty?  What was important
18  about it to you?
19     A.  To document the medication, similarly, like,
20  if you're in a car crash, just to document things, just
21  documentation.
22     Q.  Had you ever had medication infusion received
23  from Infuserve that were discolored before?
24     A.  It -- yeah.  One time it got stuck in a FedEx
25  terminal and there was -- the batch went bad, but they

1  replaced it.  It did not arrive discolored.
2      Q.  And when you say it did not arrive discolored,
3  you're indicating that this particular batch that we're
4  talking about from February 17th, none of the medication
5  arrived discolored?
6      A.  No.
7      Q.  Did all of the medications you received in
8  February of 2017, appeared as Defense Exhibit No. 3,
9  appeared --
10     A.  Yes.
11     Q.  All right.  I'm going to move on to Defense
12  Exhibit No. 6.  This is another photograph.
13          (Defendant's Exhibit No. 6 is marked for
14      identification.)
15  BY MS. KOFORD:
16     Q.  Is this different than Defense's Exhibit
17  No. 3?
18     A.  It looks like what I did there is to pull it
19  straight out of the freezer.
20     Q.  And how can you tell?
21     A.  Because, you know, the frost was on it.
22     Q.  And what were you trying to show in this
23  photo?
24     A.  I think I was trying to capture, you know, how
25  it looks, and then elected to take another -- to let the

1  sample thaw to show it without frostbite [sic] after
2  seeing -- well, with the frost on it, so the picture
3  would be more clear.
4      Q.  All right.  The same as the others, you're not
5  sure when you took this photo either?
6      A.  No.
7      Q.  Okay.  And then I received also Defense's
8  Exhibit No. 7.
9          (Defendant's Exhibit No. 7 is marked for
10      identification.)
11  BY MS. KOFORD:
12     Q.  It looks like -- can you tell me what we're
13  looking at?
14     A.  Yeah.  E-mail.
15     Q.  Okay.  I can scroll down.  Did you take a
16  picture of your e-mail or a screenshot?
17     A.  Yeah, it appears that I did.
18     Q.  Which one?
19     A.  I think that would be a screenshot.  I'm not
20  real sure.  A photo or a screenshot, one of the two.
21     Q.  Okay.  And what was the purpose of taking a
22  screenshot of your e-mail?
23     A.  I think, that looks like it's to document when
24  that medication arrived, yeah, the shipping.  That's
25  what it looks like.

1      Q.  Okay.  And this -- when you -- when you typed
2  Infuserve America, was that to get the Infuserve FedEx
3  shipment that you had received in the year 2017?
4      A.  Yeah.  That's probably what I was doing.
5  Interesting, I did this on a -- but, yeah.
6      Q.  And --
7      A.  I would have -- yeah.
8      Q.  Did you continue to get shipments after
9  February of 2017?
10     A.  I continued to -- I didn't order antibiotics
11  again.  I continued to get shipments of supplies to
12  maintain the line until it was removed.
13     Q.  Okay.  All right.  I thought I had these done,
14  so I'll stop with that, so that you can actually see me
15  again.
16     A.  Sure.
17     Q.  All right.  So let's talk about this shipment
18  from February of 2017.  I know you don't remember
19  exactly, you know, how you got it from the FedEx man,
20  but you recall the date that you received it?
21     A.  Well, yeah.  Just from experience knowing
22  that, you know, it had to been the next day from when it
23  was filled.
24     Q.  Okay.  And on this one -- I'm just going to
25  pull it back up, so we can show you.  On this one, it



1  indicates it was delivered 02/17/17 --
2     A.  Yep.  That makes sense.
3     Q.  -- and does that mean, Mr. Doherty, that you
4  would have received the packaging from Infuserve on
5  February 17th, 2017?
6     A.  Yes.  And that lines up with what's on the
7  labels themselves with the 16th.
8     Q.  Okay.  And then when -- do you have a specific
9  independent recollection of receiving the medication?
10    A.  No.
11    Q.  Okay.  Is there a habit that you typically
12  would have when you received your medication?
13    A.  Just to, you know, check on the porch and get
14  it in the fridge or freezer.  That was the habit.
15    Q.  Do you know when it arrived that day?
16    A.  No.  It would have been likely afternoon
17  because FedEx comes from El Paso to here.
18    Q.  When would have been the last time you had
19  your infusion prior to receiving this package in
20  February of 2017?
21    A.  I actually -- that was my first batch of the
22  year.  I -- yep, it would have been December.
23    Q.  Okay.  And why didn't you receive one in
24  January 2017?
25    A.  I was trying to see if I could just get off

1  antibiotics entirely, what that experience would be
2  like.
3     Q.  And did you discuss that plan with your doctor
4  in December of 2016?
5     A.  I -- I can't remember that.
6     Q.  Did you discuss that plan with your doctor at
7  all?
8     A.  I -- I'm not sure.
9     Q.  Okay.  Well, how long had you been without
10  antibiotics when you received antibiotics in February?
11    A.  I'd have to guess.  That will be December, but
12  I'd have to guess.  The -- the invoices would show.
13    Q.  The invoice would show when you received it?
14    A.  The last, yeah.  The previous shipment, yeah.
15    Q.  Okay.  And then do you know if you were taking
16  it daily or on some different schedule in December
17  of 2016?
18    A.  Yeah.  But what was established after
19  the 14th, the pulsing with the -- the methods on and
20  off, instead of daily.
21    Q.  Okay.  So was it four days on --
22    A.  Yeah.
23    Q.  -- and then -- was it four days on, four days
24  off?
25    A.  Yeah, approximately, you know.  There could be

1  a variation of three on, four off; but mostly that's --
2  mostly, that was stuck to, yeah.
3     Q.  Okay.  Would you have marked it anywhere on a
4  calendar to keep track, so you wouldn't take too much or
5  too little medication?
6     A.  Well, I would just know, taking it for four
7  days, it wasn't hard.  And then, of course, you would
8  look in a bag and see three left, so it's --
9     Q.  I understand, but my question -- I understand,
10  but my question was just a little different, and that
11  is, would you have marked it on a calendar anywhere?
12    A.  No.  Like, no, not written it down.
13    Q.  And what you were trying to tell me is that
14  you would remember it, so you didn't have a need to mark
15  it down, is that what you were telling me?
16    A.  Yes.
17    Q.  Okay.  Let's see. so this batch comes
18  February 17, 2017.  Did you take any doses of this
19  medication on February 17, 2017?
20    A.  No.
21    Q.  Why not, since you hadn't taken it for at
22  least a month?
23    A.  At the time, I'm not sure of the reason
24  exactly, but what prompted it was my mother's response
25  to taking that chemo.  Reaction at that time, I better

1  get in shape, I remember thinking.
2     Q.  So your mom's chemo reaction prompted you to
3  take your medication?
4     A.  Yes.  Because, now I have a chemo patient I
5  didn't know about.  If anything else, the chemo had its
6  reaction as well, so, yeah.
7     Q.  When did you take any of the medication from
8  that packaging received on 02/17/17?
9     A.  So she took that chemo on Friday, she
10  responded on Saturday, so I would have taken it, I
11  think, past midnight on Saturday night, like technically
12  Sunday morning.  You know, the exact hours, I'm not
13  sure.
14    Q.  Well, I'm trying to figure out what the date
15  was, so that's what I'm looking up.  Okay.  And I'm just
16  going off the calendar in February.  Okay.  Do you see
17  the February calendar on your --
18    A.  Yeah.
19    Q.  -- on your screen?  Okay.  So the medication
20  comes on Friday, February 17th?
21    A.  Okay.
22    Q.  Would you -- you said you would have taken it
23  past midnight on Saturday, would that have been
24  the 18th?
25    A.  No, no.  The next week.  She took chemo on



Page 101

1  the 24th.
2      Q.   Okay.  So you didn't take the first dose until
3  the 25th?
4      A.   Yeah.  Either late at night the 25th or early
5  in the morning of the 26th.  Did it cross midnight?  I
6  don't know.
7      Q.   Okay.  So you did not take any doses prior to
8  February 25th, 2017?
9      A.   No.
10     Q.   And how many doses of that packaging did you
11 take?
12     A.   Four.
13     Q.   When were they taken?  So we know one was
14 taken either on the 25th or the 26th.  So when did you
15 take the next one?
16     A.   It would have been 25th - 26th, 26th - 27th,
17 27th - 28th.
18     Q.   Okay.  So --
19     A.   So allow me to correct myself.  She took chemo
20 on Friday, I would have taken it the night of -- or into
21 the early morning hours -- 18th - 19th, 19th to 20th;
22 20th - 21st, and 21 -- 21st - 22nd.
23     Q.   Okay.  So let's go back, because now I'm
24 confused.  When did you --
25     A.   Sure.

Page 102

1      Q.   -- take your first dose of this medication?
2      A.   Late night Saturday night or technically
3  Sunday morning, so late --
4      Q.   What day?
5      A.   So that would be Satur -- I don't know if it
6  was past midnight.  I'm a night owl, I would do that.
7  So it would be Saturday night, you know, before mid --
8      Q.   Okay.
9      A.   -- or Sunday on the 18th or early in the
10 morning hours on the 19th.
11     Q.   Okay.  So the first dose was somewhere between
12 the 18th and the 19th?
13     A.   Yeah.
14     Q.   And the second dose was somewhere between
15 the 19th and the 20th?
16     A.   Yeah.
17     Q.   The third dose was between the 20th and
18 the 21st?
19     A.   Yep.
20     Q.   And did you take the fourth dose as well?
21     A.   Yes.
22     Q.   And that would have been on the 21st through
23 the 22nd?
24     A.   Yeah.
25     Q.   Would you always take it at the same time once

Page 103

1  you started?  So, for instance -- let me finish before
2  you answer.
3          Would -- if you started your infusion at
4  midnight on the 18th, would you then take it 24 hours
5  later, so it was sometime after midnight on the 19th?
6      A.   Yeah.  Most likely, yeah.  It's like before
7  going to bed.
8      Q.   When did you start to notice symptoms?
9      A.   You know, I -- I -- I think I started noticing
10 it on Wednesday.  And, you know, they really -- yeah,
11 that's -- that's when I started noticing, yeah.
12     Q.   Wednesday, the 22nd?
13     A.   Yeah.
14     Q.   And what did you notice?
15     A.   You know, I was having a lot of extra eye
16 pain, a lot of head pain, and, you know, that ringing
17 had become -- you know, started to come in.
18     Q.   Any other symptoms?
19     A.   Not -- not that I recall, you know.  It
20 was sort of a generalized all-around, especially once I
21 ran out of pain medication on Sunday; and, yeah,
22 Saturday, it was just kind of my whole head was on fire.
23 I wouldn't be able to distinguish where -- exactly what
24 was going on, because, yeah, it was intense.
25     Q.   So you said you ran out of pain medication on

Page 104

1  Sunday, which Sunday, sir?
2      A.   The 26th.  Oh, actually I ran out on Saturday,
3  and I was up all night because I could not sleep,
4  because they were allowing [sic] that -- up until the
5  second day on Sunday, I was really suffering, then I
6  ended up in the ER on Sunday night, the 26th.
7      Q.   And the -- the pain medication that you took
8  on Saturday, the 25th, what pain medication was that?
9      A.   That was oxycodone.
10     Q.   And was that pain medication that was written
11 for you?
12     A.   No.
13     Q.   Who was it prescribed to?
14     A.   My sister.
15     Q.   And what is your sister's name?
16     A.   Cathy.
17     Q.   Can you spell that?
18     A.   C-A-T-H-Y.
19     Q.   Did you say T -- Oh, Cathy, Cathy.
20     A.   C --
21     Q.   Sorry.
22     A.   Yeah.
23     Q.   Sometimes the sound is hard through the phone.
24         So you said Cathy, what is Cathy's last name?
25     A.   Hamilton.



1    Q.   Where does Cathy Hamilton live?
2    A.   Phoenix, Arizona.
3    Q.   And why did you have her oxycodone medication
4  at the home of your parents?
5    A.   She visited for Christmas, and she left it for
6  me, because she knows I struggle with pain sometimes,
7  and, you know.  They were there for emergency.  I've
8  never taken it before or after, so.
9    Q.   How many pain pills were in there?
10    A.   You know, there weren't many of them.  It only
11  lasted -- I found this serendipitous, because she did
12  that at Christmas and she just did it on her own.  Since
13  it only lasted -- if I started on the 22nd, those -- two
14  and a half to three days.  So there were two tablets per
15  day, and then one tablet on Saturday, and that's why the
16  sleep did not happen on Saturday night, because it
17  was -- it was knocking me out, and then going to a
18  second day with no sleep and then really experiencing
19  how bad the pain and the ringing was.
20    Q.   So let's say that -- you said the first time
21  that you noticed -- starting noticing these symptoms was
22  on February 22nd, did you contact any of your healthcare
23  providers?
24    A.   Yes, I -- I did.  And I got into my clinic on
25  the 24th to let them know what happened, and, you know,

1  what we could do, and I just got the nurse practitioner.
2    Q.   And when did you contact your healthcare
3  provider to go see them on the 24th?  When was the first
4  time you talked to them?
5    A.   It probably would have been the 23rd.
6    Q.   And what did you think was going on at that
7  time?
8    A.   That -- that my nervous system had been burnt,
9  you know, because I had a lot -- a lot of pain.
10    Q.   And --
11    A.   (Unintelligible.)
12    Q.   I'm sorry?
13    A.   I had a lot of pain.  I -- I told them I
14  started taking this pain medication and, like, what to
15  do, you know.  And this tinnitus, I mean, he didn't know
16  what to do.
17    Q.   And did you raise any suspicion with him
18  concerning the cause of those symptoms?
19    A.   Yeah.  You know, the -- the anti -- the IV
20  antibiotic.  And I took a sample to him in a lunch box
21  to ask if he could test it.
22    Q.   And what did he say?
23    A.   He said he -- he wouldn't know how, and to
24  schedule with my doctor on Monday.  So I made an
25  appointment for Monday.

1    Q.   And did you tell him that you had taken your
2  sister's oxycodone?
3    A.   Yeah.  I told Dr. Schwartz on Monday.
4    Q.   Did you tell the APRN -- or ARNP that you took
5  your sister's oxycodone or have been taking your
6  sister's oxycodone?
7    A.   I'm not sure.  I'm not sure.  I may have, I
8  may not.  I mean, I was very open with them, you know.
9  So I know I told Dr. Schwartz.
10    Q.   Did you --
11    A.   He wouldn't give the pain med, he couldn't
12  write pain medication.  Like, he said that about -- I
13  was having so much pain, and I was on the ground on the
14  weekend, so that was in the conversation somehow.
15    Q.   Tell me what you said, because I didn't hear
16  you.  He said what about the pain medication?
17    A.   Like, he couldn't write pain medication.  So
18  that means I did likely tell him that I had a pain
19  medication I was taking, and it was going to run out on
20  Saturday from, you know, this explosion of pain.  And
21  that he couldn't write it, because he was a nurse
22  practitioner, so, yeah, I mean, I told him also.  And I
23  know I told Dr. Schwartz.
24    Q.   And was there anyone, other than the ARNP, at
25  the doctor's office on Friday the 24th?

1    A.   What is an ARNP?  Sorry.
2    Q.   The nurse practitioner.  Was there anyone --
3    A.   Oh, yeah.
4    Q.   -- else there?
5    A.   Okay.  I mean, I don't remember exactly, but
6  likely, you know, someone at the front desk, but I -- I
7  wouldn't know who was there, what medical assistant
8  could be there or not.
9    Q.   And do you know whether or not there were any
10  doctors in the building on that day?
11    A.   No, there weren't.  Dr. Schwartz did not come
12  in.  He alternated Fridays, so that's why I had to come
13  see a nurse practitioner.  They're nurse practitioners.
14  There's only two practitioners.
15    Q.   And it was your understanding that the nurse
16  was unable to write a prescription for you?  Did they --
17    A.   Yeah.
18    Q.   Did they attempt to call Dr. Schwartz?
19    A.   I don't know if they called him.  You know, we
20  just scheduled it when I was there for -- for an
21  appointment for Monday.
22    Q.   And did you ever take any additional
23  medication from that batch?
24    A.   No.  No, that was it.
25    Q.   And if you hadn't infused all the medication,



1  what did you take in that -- in the lunch box?

2      A.  I didn't do infusion.  I only infused four

3  doses from that batch.

4      Q.  Okay.  And so the batch -- the medication that

5  you took to the doctor -- or the doctor's office --

6      A.  Yeah.

7      Q.  -- was not the medication that had been

8  infused?

9      A.  No.  It was just a sample from that box I've

10  gotten.

11     Q.  It was a sample from another one of the -- the

12  infusion bulb?

13     A.  Yes.

14     Q.  Did you maintain any of the deflated infusion

15  bulb from the medication you infused in February of

16  2017?

17     A.  No, I do not believe I did.

18     Q.  Why not?

19     A.  Well, I don't know.  I was kind of poisoned

20  and suffering, my mom was dying of cancer.  It was quite

21  a scene.  She said it was a nightmare.  Yeah, it was a

22  nightmare.

23     Q.  I mean, you thought to take pictures, but you

24  didn't think to save the medication?

25     A.  Oh, those -- those had to be later.  I was

1  still trying to save my mother from the same situation.

2  I even found the IV way down in the fridge like later in

3  the year that I've forgotten from all that hustling, and

4  this was -- this was all just an emergency as well.

5      Q.  So as you sit here today, what do you still

6  have in your home from the 20 -- February 2017 supply

7  provided to you by Infuserve?

8      A.  I have multiple samples of the -- I -- I did

9  not infused.  That stayed frozen, I have, I believe, a

10  sample that was a part of that refrigerator batch.

11     Q.  What else?

12     A.  Well, I had generalized supplies probably

13  of -- but not like -- I have boxes of samples, but not

14  like that, like from that batch, like box, or that

15  heparin or --

16     Q.  Okay.  So --

17     A.  -- it was --

18     Q.  So from that batch, to clarify, we know for

19  certain that the -- we know for certain that you have

20  how many non-infused medication?

21     A.  Yeah, because some were destroyed.

22     Q.  How were they destroyed?

23     A.  I think they got -- because they got left in

24  the fridge for like a full year, they were black.  And

25  also they can be dropped and break the IV line too.  But

1  I can go count how many I have.  Is that...

2      Q.  Well, I'm just trying to understand.  So we

3  can do that, but what I'm trying to understand -- let's

4  do -- let's do this first.

5      A.  Sure.

6      Q.  When -- after seeing the nurse and going to

7  the hospital, did you do something with the medication

8  that was in the fridge and the freezer?

9      A.  I -- I -- I left it where it was; and,

10  unfortunately, that's why some spoiled badly, because I

11  was in an emergency situation, that didn't -- that got

12  thrown away.

13     Q.  Okay.  That's fine.

14     A.  Yeah.

15     Q.  So my understanding is you go to the nurse on

16  the 24th --

17     A.  Yeah.

18     Q.  -- and you go to the ER on the night of

19  the 26th, going into the 27th, is that what you said?

20     A.  Yeah.  Yeah.

21     Q.  Okay.  So at that point, you no longer take

22  any of the medication; is that fair?

23     A.  Yes.

24     Q.  Okay.  What happens with the heparin?

25     A.  I don't know.  It's probably somewhere in this

1  room.

2      Q.  You didn't use the heparin anymore?

3      A.  No.  Well, actually I -- I main -- I

4  maintained that line, so I may have used the saline --

5  or the heparin.  Yeah, I may have used it.

6      Q.  Okay.  Then let's talk about the medication.

7  There were 14 of them initially --

8      A.  Yeah.

9      Q.  -- you took four, that leaves ten, right?

10     A.  Yeah.

11     Q.  Just doing the math.  Okay.  So at that point

12  there's still ten, what -- how many doses do you have

13  that were destroyed?

14     A.  I'm not sure, but I could get -- by counting,

15  I could get a number on that.

16     Q.  Sure.  That's fine.

17     A.  Is that something we --

18     Q.  How were they destroyed?

19     A.  They were left in the refrigerator for too

20  long, you know, so they were just, I mean, straight

21  black, because, you know, I was dealing with my mother's

22  situation; my new situation of trying to manage these

23  symptoms, running to the clinic for steroid shots every

24  week or twice a week.  I mean, it was just a nightmare.

25  And then I was dealing with her -- the aftermath of her



Page 113

1  death and all that stuff, you know, I was in -- it was a
2  rough -- it was a rough day.
3     Q.  Okay.  So there were some that were left in
4  the fridge --
5     A.  Yeah.  So those --
6     Q.  -- did any --
7     A.  Yeah.  So those --
8     Q.  -- others -- hold on, you got to let me
9  finish, because otherwise the court reporter is going to
10  have a tough time.  Okay, Mr. Doherty?
11     A.  Sure.
12     Q.  That's okay.  So I understand some were left
13  in the fridge.  Were any of them destroyed in any other
14  way that you remember?
15     A.  No.  Beside spoiling, I don't remember.  I'd
16  like to add, something can happen with these and did
17  happen, is they fall out of the freezer when I took them
18  out, and the line would snap, and that would be a lost
19  dose.  That happens, but I don't know if that happened
20  with this batch or not.
21     Q.  But the line snapping wouldn't have been a
22  problem, because you weren't using the medication,
23  correct?
24     A.  Correct.
25     Q.  Okay.

Page 114

1     A.  But that could happen --
2     Q.  So --
3     A.  -- at some other time, so.
4     Q.  So for this batch in February 2017, do you
5  have a specific recollection of one of these medications
6  falling out of the freezer --
7     A.  No, I don't have a specific --
8     Q.  -- and then breaking?
9     A.  I don't have a specific recollection of that,
10  no.
11     Q.  Okay.  Were all of the doses that were in the
12  fridge black and destroyed?
13     A.  No.  So the one tinted one you saw, I got out
14  and moved it up to the freezer sooner, I didn't miss it;
15  and the other ones stayed in the freezer the whole time.
16     Q.  Was there any damage to any of the ones in the
17  freezer?
18     A.  Not that I know of.
19     Q.  Okay.  Can you check for me how many you have
20  left?
21     A.  Sure.
22        (A pause in the proceeding.)
23        THE WITNESS:  I've got five total.
24  BY MS. KOFORD:
25     Q.  In the five total that you have left, does

Page 115

1  that include one from which you brought a sample in your
2  lunch box to the nurse?
3     A.  It's possible.  I -- I can't say that with
4  certainty.
5     Q.  When you took the sample to the nurse, did you
6  take her -- take him, I guess -- did you take him the
7  unopened package?  How did you bring it to the nurse?
8     A.  Yeah.  I got a sample of an unopened package.
9     Q.  And how did you bring it to the nurse?
10     A.  I had a small Igloo lunch box.
11     Q.  How long did they remain in the freezer?
12     A.  The -- the entire time they had been there.
13     Q.  Have they ever been taken out of the freezer
14  besides the one that was taken in a lunch box?
15     A.  I think to -- obviously to take those photos.
16     Q.  And any other reason they would have been
17  taken out of the freezer?
18     A.  Yes.  I -- I took a sample to a lab.
19     Q.  Okay.  And how would you take the sample to
20  the lab?
21     A.  In an automotive freezer.
22     Q.  When did you take this sample to the lab?
23     A.  May of '21.
24     Q.  And when you say in an automotive freezer, you
25  drove it there yourself?

Page 116

1     A.  Yes.
2     Q.  Where did you drive it to?
3     A.  Oklahoma City.
4     Q.  And who did you have it -- you drove from
5  Oklahoma City -- wait, excuse me.  You drove from
6  Alpine, Texas --
7     A.  Alpine --
8     Q.  -- to Oklahoma City, Oklahoma?
9     A.  Yes.
10     Q.  How many miles is that?
11     A.  I'm not sure.  I -- I didn't -- I had to stop
12  in Texas.  And it was my first successful sprint of that
13  type.  And then I -- I stopped there, and then I just
14  did a day trip of going there and back, and then driving
15  back after that, so I was just in Oklahoma for a part of
16  the day.
17     Q.  Okay.  So you drove the medication to which
18  lab?
19     A.  ARL Bio Pharma, I believe.
20     Q.  Bio Pharma?
21     A.  Yeah.  But the ARL is their name, that's the
22  one -- that's what I'm sure of, their name.
23     Q.  Okay.  And did you drop it off to someone in
24  particular?
25     A.  Yes.  Michael Danaby.



1    Q.   How do you spell his name?
2    A.   I believe it's D-A-N-A-B-Y.
3    Q.   Now, you said you took a sample to the lab in
4   an automotive freezer.
5    A.   Yes.
6    Q.   What specifically was the sample?
7    A.   I just grabbed one of the samples.  Well, I
8   grabbed --
9    Q.   Well, that's what I'm trying to understand.
10  Like, did you put in a -- in a needle?  What did you
11  grab?
12   A.   Oh, no.  It's still intact in their individual
13  bag.
14   Q.   And did you get that bag of medication back?
15   A.   No.
16   Q.   And was that medication tested?
17   A.   Yes.
18   Q.   Did you have an attorney at the time the
19  medication was tested?
20   A.   No, I don't think so.
21   Q.   What did the result show?
22   A.   They only showed the results of what
23  medication was in the medication.  I thought they were
24  going to do testing of a certain mat -- format, and it
25  was not what I thought, so these were labs --

1    Q.   Did they analyze what was in the medi -- they
2   analyzed what you gave them, and they told you --
3    A.   Yeah.
4    Q.   -- that it had Rocephin in it?
5    A.   Yeah.  And, yeah, they -- yeah, they used very
6   specific testing and found, yeah, a certain amount of
7   Rocephin in it, yeah.
8    Q.   And do you still have those results?
9    A.   Yes.
10   Q.   I'm going to ask your attorney for those, and
11  I would ask you not to destroy them.  Okay?
12   A.   Okay.
13   Q.   Can you tell me specifically anything else
14  that it had other than it informed you that it had
15  Rocephin?
16   A.   It just -- it just gave me sort of like a
17  nothing-found result, which isn't the kind of testing I
18  thought they were going to do.  I thought they were
19  going to do testing on all compounds, and then they used
20  that very specific testing only for the Rocephin, and so
21  the only report you get is how much Rocephin that was in
22  there and how much.  And then it just says, you know,
23  nothing else found.  It's very vague.  It's not -- these
24  were weird test results.  I didn't like them, but the
25  lawyer that was drafting -- ghost writing for me while I

1   was pro se, just recommended to go ahead and do it.
2        MS. FRANCOIS:  Mr. Doherty, don't -- don't
3   speak about conversations that you had with your
4   attorney.  That's attorney-client privilege.
5        THE WITNESS:  Sure.
6   BY MS. KOFORD:
7    Q.   Yeah.  I only want to know what you did before
8   your attorney, not any conversations with your attorney.
9        So you didn't happen to like the lab yourself,
10  why didn't you like the lab?
11   A.   Oh, because they lacked the database I wanted.
12  That's why I didn't want to use them.  Then they didn't
13  use the testing method I thought I was getting, except
14  for ceftriaxone only.  And I thought I was getting, you
15  know, a full content, quality testing with that method,
16  and I didn't.
17   Q.   Did you ever get another lab?
18   A.   No.
19   Q.   And by the time that you had engaged this lab,
20  ARL Bio Pharma, it had been over four years, correct?
21   A.   Correct.  That's because it's impossible.  I
22  tried, but it's -- and still they didn't get it right.
23  The consumer doesn't truly have the power to get that.
24   Q.   You know, I know we didn't talk about this, so
25  let's talk -- talk about it a little bit.  You indicated

1   to me you went to the ER in connection with this.
2    A.   Yeah.
3    Q.   Can you tell me a little bit about what your
4   symptoms were that you complained about when you went to
5   the ER?
6    A.   So, you know, I'd been up for two days at that
7   point as I ran out of pain medication on Saturday.  And
8   then it was just that evening I was watching the Oscar,
9   and I was in so much pain, my head was hurting so much,
10  my eyes, and that the ringing, you know, it was just --
11  I was holding my knees, sitting on the floor, you know,
12  grasping the pain, trying to make it through.  You know,
13  that's -- I couldn't handle that burning.  So I went in,
14  and I'm sure that's, you know, what I told them, I was
15  in this massive pain because of the pain medication had
16  worn off.
17   Q.   And did they conduct any testing?
18   A.   No.
19   Q.   What did they do for you?
20   A.   They -- yeah, this was strange, because the
21  doctor didn't even come in the room.  He thought it was
22  like a migraine or something, but he gave me a -- what
23  he called a migraine pack, and so -- and, truthfully, I
24  thought I was going to have drive myself up a concrete
25  wall.  I was suffering so bad, I didn't know if that



1  could be reduced.  And that was ster -- so steroid was
2  started, and that's what knocked down the pain and
3  tinnitus a few levels.  And then I think he gave me
4  Benadryl, maybe, and this migraine patch, he called
5  it -- it had three things.  I'm sure of the Medrol, I'm
6  sure of that.  I think there was Benadryl.  And I'm
7  not 100 -- I'm not sure on the third.  I just remember
8  it had three components, and the main would be the
9  Medrol steroid.
10     Q.   Did you tell him you had an allergic reaction
11  to the medication that you took?
12     A.   I told the intake staff that I dealt with at
13  first.  It was like a room before going into the ER
14  room, and they're the ones that got all that info.  He
15  didn't get much.
16     Q.   Did you tell them that you had an allergic
17  reaction to the medication?
18     A.   Yeah, I told them I had a reaction to the
19  medication, yeah.
20     Q.   And they treated your allergic reaction by
21  giving you Benadryl?
22     A.   By giving me this migraine pack, which I'm 100
23  percent sure there's steroids, the Medrol.  I think
24  there's Benadryl.  And then I think a third component, I
25  don't recall what it was.  And, you know, they --

1     Q.   Did they --
2     A.   They knew it wasn't an allergic reaction.  An
3  allergic reaction wasn't -- I don't think that language
4  was used, you know, because I'm not allergic to
5  Rocephin.  It's just a -- an adverse -- a severe adverse
6  reaction.
7     Q.   And did they provide you with any antibiotics
8  or any medication on discharge?
9     A.   No.  I already had that appointment with
10  Dr. Schwartz for the next day, so I was going to be
11  there in hours to start -- I forgot what to do.  We had
12  a moment where we had to get the steroid to wear off and
13  do the stuff again.  To do them again.  It's quite --
14  it's quite a week.
15     Q.   And did they give you instructions on leaving
16  about what they diagnosed you with?
17     A.   No.  I mean, this was -- the doc -- like I
18  said, the doctor, like, just came by the room and peeked
19  in and said, I don't think we can help you.  And then, I
20  guess, if he -- or one of the nurses gave me a migraine
21  pack, and I got it.  And that's about it, I got from
22  this guy.  It was -- it's pretty vague.  It's a small,
23  little hospital.
24        They also noticed the tachycardia, which I
25  hadn't noticed.  They noticed my heart rate was at 100,

1  and they held me in the ER because it wouldn't go down,
2  and I didn't know that was from the damage, you know.
3  My heart rate would just stay elevated.  So they picked
4  up on that, the nurse -- and the nurses that checked me.
5  They said, yeah, when you checked in, it was there.  So
6  they kept me to see if it would go down, and it didn't.
7     Q.   And so were you admitted to the hospital?
8     A.   No, I was not admitted to the hospital.  My
9  mother was admitted to the hospital at the same time,
10  and she inquired about having the medication tested, and
11  they didn't say anything else, so I didn't know what to
12  do it, so.
13     Q.   So your mom went to the ER with you at the
14  same time you were there?
15     A.   No.  She had been admitted to the hospital
16  Saturday.
17     Q.   Okay.  And so did it -- are you telling me
18  your heart rate never went down?
19     A.   No.  It's permanent.  I went to a cardiologist
20  to run a test.  It's forever.  96 resting was nothing.
21  That's just the way it's been since.
22     Q.   So it's your testimony that your heart rate
23  hasn't gone down ever since --
24     A.   No.
25     Q.   -- since the night that you went to the ER?

1     A.   Correct, yeah.  I was diagnosed with cardi --
2  tachycardia by a cardiologist, and we've used beta
3  blockers to lower it, but only like halfway, you
4  know, 15 points or so.  That's just a part of the game.
5  But they caught it at the ER, yeah.
6     Q.   So would you be surprised to to learn that the
7  only diagnoses from that ER visit was for an allergic
8  reaction and anxiety?
9     A.   That wouldn't surprise me, because the doctor,
10  you know, he walked by, peeked in the room, and just
11  said, we can't help you from what I described to the
12  nurses.  And then, like, they just provide that, so I
13  didn't get to -- I didn't get to talk to him much.  The
14  only time I've been in an ER where the doctor didn't
15  even come into the room, like peeked through.  And this
16  is --
17     Q.   Would you be surprised -- would you be
18  surprised that your pulse rate was not above a 100
19  throughout the entirety of your ER admission?
20     A.   Yeah, I would be, because I looked up, and I
21  saw the monitor, and I said -- it was 100 flat -- I was
22  like, is that my heart rate?
23        And they said, yeah, we've been watching that
24  from when you checked in and -- and keeping you here.
25  That's why they kept me.  That's what the nurse told me.



1    Q.   And when were you discharged?

2    A.   You know, in the morning hours.  I'm not

3  exactly sure.

4    Q.   So how long were you at the ER that day?

5    A.   My guess -- I would have to guess.  You know

6  this is all -- you know, I'm going through hell at this

7  point.  You know, this is a nightmare.  I mean, to know

8  exactly how long?  Maybe -- that -- that would be an

9  esti -- that would be a guess.  Two hours?  I don't

10  know.

11    Q.   Okay.  So in that two-hour time period, they

12  were able to give you medication and release you and --

13    A.   Yeah.

14    Q.   -- discharge you home --

15    A.   Yeah.

16    Q.   -- without any conse -- without fear or any

17  consequence?

18    A.   I -- I supposed they did.  They didn't tell me

19  anything about it.  They just gave me --

20    Q.   And where did you go when you left the ER?

21    A.   I came to my house.  I even dropped the keys

22  in the lawn.  I was stressed.  My neighbor found it the

23  next day.  And then -- yeah, I -- I got in to the

24  clinic.

25        My father had a medication to help me sleep,

1  because there was still no way to sleep because the pain

2  medication wasn't doing it.  He came in with something

3  to sleep all night, and I got into the clinic within

4  hours of that.  I've been in multiple times that week,

5  you know, over and over and over and over.

6    Q.   So did you take your father's medication to

7  help you sleep that night?

8    A.   Yeah, yeah.  There was no way to sleep.  And

9  then he started to prescribe that medication, Limbitrol,

10  after that.  You know, he must have figured that out.

11  We're trying to figure out how to maintain the pain,

12  tinnitus, whatever, and that's what we were doing all

13  that week.

14    Q.   So you said you got Limbitrol?

15    A.   Yeah.

16    Q.   And how much of that did you take?

17    A.   Two tablets.  Similar to what I take --

18    Q.   And that was after you had already received

19  medication at the hospital?

20    A.   Yeah.  We're getting that migraine pack, which

21  wasn't going to do anything for sleep.

22    Q.   And so when was the last time you treated for

23  this?

24    A.   Oh, it's every day.  It's -- it's been a

25  nonstop journey, you know.

1    Q.   When was the last time you saw a doctor?

2    A.   Oh, saw a doctor?  I saw Dr. John Ray in

3  person the 13th.  I've been doing televisits, because of

4  the clinic reducing its staff and not being available.

5  And then another clinic in Alpine closed up and doing

6  tele-health visits since November, mostly.  And I've

7  gone into my pain management I had to start in '17 when

8  they reduced the steroids in El Paso, and that has to be

9  maintained as well.

10    Q.   And when was the last time you saw your pain

11  medicine doctor?

12    A.   I saw his new partner on -- looks like he

13  prescribed this 04/01, so probably March 31st.

14    Q.   And who is he?

15    A.   That's Thomas Kendrick, my pain management

16  doctor is Dr. Raul Lopez.

17    Q.   And who is your cardiologist?

18    A.   That is Dr. Raja Naidu.

19    Q.   How do you spell the last name?

20    A.   I believe it's N-A-U-D-I [sic].  I'm not 100

21  percent positive.

22    Q.   And where is Mr. -- Dr. Naidu?

23    A.   He's in Odessa, Texas.  And that's on a

24  search -- cardiologist, Odessa, Naidu, that comes up.

25    Q.   When was the last time -- when was the first

1  time you saw him?

2    A.   Well, I went to him at the end of '17, because

3  my heart had been running, you know, near 100 all year,

4  and I wanted to do something about it.  So -- I mean,

5  also because the warning was the usage of steroids,

6  Dr. Schwartz.  So I went in and saw him finally when I

7  could because I knew as the steroid step down, my

8  function would be -- if there was something reduced, so

9  he did testing, then start me on a low dose.  In another

10  visit, he had me on a higher dose too to lower the heart

11  rate.

12    Q.   Do you -- did you keep an itemized journal or

13  log documenting your symptoms and anything you've been

14  through since 2017?

15    A.   No.  I'm a little bit limited in my

16  functioning, so keeping a diary wouldn't be -- I'm sure

17  I made like notes maybe on my -- notes on my iPad, but,

18  no.

19    Q.   What -- what type of notes would you have made

20  on your iPad?

21    A.   Well, probably just notes about doctors that I

22  need to see or appointment reminders, things like that.

23    Q.   What insurance were you covered by back

24  in 2017 at the time of this?

25    A.   Blue Cross Blue Shield of Texas.



Page 129

1    Q.   And how about now?
2    A.   The same.
3    Q.   Okay.  Any other insurance besides Blue Cross
4  Blue Shield?
5    A.   No.
6    Q.   Are you -- did you keep a tally of any
7  out-of-pocket costs?
8    A.   Not out of pocket, because I've had trouble
9  just keeping -- I haven't done the taxes in five years,
10  I didn't file or anything.  I just -- like I said, I'm
11  limited on use.  I'm -- so those would be logs, sort of
12  like through credit cards, things like that, which I had
13  not been able to go through.  I'm very limited on the
14  computer.
15    Q.   Did your cardiologist have you keep track
16  either with an iWatch or a Fitbit your heart rate or
17  your steps or anything of that nature?
18    A.   No.  What I did is -- you know, they -- they
19  could do EKGs in my clinic also, so I bought -- because
20  I was going to start opioids, it was advised by a
21  pharmacist to get a sleep monitoring system that's more
22  advanced.  I was using my phone beforehand, which showed
23  the sleep aid worked before this happened.  They're
24  quite different now, but that monitors my heart rate
25  while I'm sleeping.  And then I bought a pulse oximeter

Page 130

1  to start monitoring my heart rate, you know, just
2  casually sitting on the couch.  So, you know, it's --
3  it's all been monitored.  You know, like, while I'm
4  asleep I know my heart rate, my respiration, all those
5  things.
6    Q.   And what --
7    A.   But not a wearable device, no.
8    Q.   Okay.  So I didn't entirely understand this
9  monitoring device that you use for sleeping and the
10  pulse ox.  Are these things that record the results?
11    A.   The sleep, yeah.  Yeah, they record them.
12    Q.   And what about the pulse ox?
13    A.   No.  And I lost the most recent one and the
14  other one died, so they don't record.
15    Q.   And how far back does the sleep record
16  monitoring device you got?
17    A.   Well, I didn't get that until, I think, 2019.
18  I'm using my phone, which I use the same app which
19  showed very differently.  I've deleted that different
20  iPhone and lost that record that I had, just like a
21  phone app I'd use in tandem, that I was using
22  beforehand, but I moved it from my iCloud, which was a
23  mistake.
24    Q.   Do you see anyone like a neurologist
25  currently?

Page 131

1    A.   Oh, I do not -- I saw one in November, he was
2  a yaz (phonetic).  The gist was just too big of --
3  too -- too much, you know, advanced.  So the neurologist
4  that I've seen kind of, you know, scratching their head
5  and that's -- within the access I've had.
6    Q.   What about a neuro-ophthalmologist?
7    A.   That is someone I want to see, and I did my
8  Mayo neurology verbal application yesterday.  And I
9  mentioned that basically beforehand that a
10  neuro-ophthalmologist is someone I want to see.
11    Q.   And who was the gentleman in November of 2021?
12    A.   It was a woman.
13    Q.   Okay.  And who is she?
14    A.   Mrs. Smith.  I don't know her first name.  She
15  was in the bay area system.  So I -- I kind of get my
16  stamina is sort of -- it goes after a while.
17    Q.   Well, in looking at your complaint...
18    A.   Sure.
19    Q.   The allegation is that...  well, let me ask
20  you this:  What do you think happened with the
21  medication?
22    A.   What do I think happened?  I think it had to
23  be contaminated.  And you know, I don't -- I've talked
24  to experts, so, yeah, it had to be some sort of, you
25  know, acidic, you know, neurotoxin in it to do the kind

Page 132

1  of damage.  You know, like I went to an audiologist, and
2  he's like, yeah, that's -- he could tell how it's
3  different from other tinnitus, because of the
4  measurements he did in the booth, like, yeah, you
5  only -- because the way the hearing was still there and
6  it's your brain and all that kind of stuff.  Those were
7  just, you know, all hallmarks of a neurotoxin.  Like
8  hand tremors like I have, those are hallmarks.  Tinnitus
9  is a hallmark.  You know, just all the signs.  And just
10  how --
11    Q.   And so --
12    A.   -- it happened.  Nothing else happened, I took
13  that stuff, and that happened, so.
14    Q.   What evidence do you have that there was a
15  neurotoxin contained within your medication?
16    A.   I don't -- I don't have evidence that there
17  was a neurotoxin contained in it.  You know, everyone
18  just had to go off, you know, with the results, right?
19  The product?
20    Q.   So you're just making an assumption?
21    A.   No.  There are no other changes that week.
22  You know, I took the medication and I had a response.
23    Q.   And so since you had a response, there had to
24  be something wrong with the medication?
25    A.   Yeah, yeah.



Page 133

1   Q.   In your complaint, you indicate that
2   hydrochloric acid was -- was contained in your
3   medication.  Do you have evidence that hydrochloric acid
4   was contained in your medication, sir?
5       A.   No, I do not have evidence of that.  That was
6   drafted by someone I found and mentioned to him, that is
7   just something of many components --
8       MS. FRANCOIS:  Please don't speak about any
9   conversations that you had with any attorneys, whether
10  it's me --
11      THE WITNESS:  Okay.
12      MS. FRANCOIS:  -- or other attorneys.
13      THE WITNESS:  Yeah.
14  BY MS. KOFORD:
15      Q.   And my question was very simple --
16      A.   Sure.
17      Q.   -- what evidence do you have that there was
18  hydrochloric acid contained in the medication provided
19  by Infuserve?
20      A.   I do not.  That was meant as a statement
21  saying they carry such medications, such substances in
22  the -- in the lab.
23      Q.   What evidence do you have that your medication
24  was mixed in a batch using hydrochloric acid?
25      A.   I -- I do not.  That was a state -- that was

Page 134

1   written for me.  I mentioned those are the sorts of
2   things that could happen.
3       MS. FRANCOIS:  Mr. Doherty, the conversations
4   between attorneys --
5       THE WITNESS:  Okay.  All right.  All right.
6   BY MS. KOFORD:
7       Q.   And where did you get your information that
8   medications are -- or hydrochloric acid is used in
9   mixing that at Infuserve?
10      A.   On their website, it mentions they have
11  hydrochloric acid along with many -- many other acids.
12  I have no information that they mixed them in a batch.
13      Q.   You said, you have no information what, sir?
14      A.   No.  I'm actually -- I would like to know how
15  the process is.  That's something I'd like to know.
16      Q.   Sir, do you have any information that
17  hydrochloric acid was mixed into your batch of
18  medication?
19      A.   No.
20      Q.   Do you even know how your medication is
21  compounded?
22      A.   No.
23      Q.   Who is your audiologist?
24      A.   Dr. Sweat (phonetic) -- Dr. Tom --
25  Todd Rinker.

Page 135

1       Q.   Okay.  Spell both names, who is Sweat, first
2   of all?
3       A.   I'm sorry Sweat is his last name.
4       Q.   Okay.  And is it Thomas?
5       A.   I think Todd --
6       Q.   Oh, Todd.  Okay.
7       A.   -- is his first name.  And he's with...
8       Q.   I just want to make sure the record is clear.
9   So is Dr. Todd Sweat the audiologist you saw?
10      A.   Yes.
11      Q.   And he's with what?
12      A.   He's in Odessa.  Also I saw him at the
13  beginning of 2018.  He's a part of the MCH, Medical
14  Center Hospital System, much of what I've had access
15  to -- he's in that system or what?  Because I see he's
16  somewhere else now, so he's may not be in that.
17      Q.   So since you've been on disability, do you now
18  also have Medicare?
19      A.   No.  I don't have Medicare, because of how
20  complex neurological I'd need, and that that would be
21  the insurance first, and could stop me from going to get
22  care.
23      Q.   And who do you have insurance through since
24  you do not work?
25      A.   Blue Cross Blue Shield.

Page 136

1       Q.   Understood.  Who -- how -- how do you obtain
2   your insurance?
3       A.   Okay.  It's private insurance I got in 2005.
4   It's a grandfathered plan.
5       Q.   Gotcha.  So no Medicare, and Blue Cross Blue
6   Shield has been your insurance since 2005?
7       A.   Yes.
8       Q.   What symptoms are you relating to the taking
9   of the Rocephin?
10      A.   Well, what happens --
11      MS. FRANCOIS:  I'm sorry, can you clarify,
12  because he's been taking the Rocephin for a while,
13  clarify which batch you're referring to.
14      MS. KOFORD:  Well, I'm clearly referring to
15  the incident in question.
16  BY MS. KOFORD:
17      Q.   So, sir, you're actually bringing a complaint
18  related to Rocephin medication you received from
19  Infuserve; is that correct, sir?
20      A.   Yes.
21      Q.   So what symptoms are you claiming stemmed from
22  that?
23      A.   Okay.  Extreme head pain, extreme, you know,
24  entire -- and covering the entire globe.  I mean, it's
25  nothing like compared to what I had before, and also



1 more widespread, you know. It goes through these nerve
2 blocks, it's in every head [sic] of the scalp. Extreme
3 tinnitus will come in as well, that has been to be
4 covered. The same thing, I mean, burning eye pain that
5 has to be knocked down; it wasn't like that. Extreme
6 anxiety, I suffered a lot of anxiety from the injury, I
7 didn't have. I have hand tremors. I have tachycardia.
8 It's -- it's a pretty broad -- yeah, broad spectrum.
9 Those are the main ones.
10       The three extreme ones, which -- that's why I
11 had to be at peace in my own home. You know, I was
12 fine, and I didn't need such aggressive sleep
13 medications or whatever. The inability to sleep
14 naturally, that one also, yeah, I cannot sleep
15 naturally. That's here, so -- you call that insomnia,
16 but it's to a different degree.
17       So, yeah, I -- I mean, as the steroid shots
18 were warding off, we had do this again in the clinic in
19 a few days, because it just ward off. And that's what I
20 had to do, do these steroid shots nonstop, and it was
21 eating my body. Having this pain medication and pain
22 management, and some of the medications are really bad.
23 I mean, it's really hard to get them. It's really
24 difficult to try to manage these symptoms, it's getting
25 really impossible, especially starting the steroids at

1 that point and being on them nonstop. You don't do that
2 and -- yeah, it's -- it's done damage, you know. I'm in
3 trouble. They just call it life support. They're like,
4 he's on life support.
5       I say, yeah.
6    Q. What were some things that you did before that
7 you can no longer do now?
8    A. Well, before, I didn't have so much anxiety.
9 I just could watch movies or television and things like
10 that, you know, just enjoy peace and not -- I've dropped
11 Netflix in 2017. There's not much I can do because of
12 the -- see, the pain in the eye -- and the computer
13 monitor exacerbates that eye pain too much. And I
14 actually lost pain medications as a part of moving my
15 primary clinic and pain clinic, so I'm back to that
16 again. I actually had a lot of -- this is much less.
17 I'm having a lot of pain now with this iPad.
18       But all the work of running around to pain
19 management, it's a massive trip. All that running
20 around, you know, it's just -- it's very hard to do, but
21 if I have to. There's a lot I can't take. You know, at
22 least when I was at home and I could handle -- these are
23 extremes of running into -- this winter, November to
24 December, where I was just held awake, you know, where I
25 slept two hours with some sleep medication. I just did

1 that, and I still stayed awake.
2       I mean, this is -- the quality of life is very
3 poor, and there's not much I can do. You know, I could
4 relax and I was at peace at least beforehand, you know.
5    Q. Okay. Let me go over my notes. I think we're
6 just about done. Give me one second.
7    A. Yeah, thanks. Because I'm -- I'm getting
8 pretty...
9    Q. Mr. Doherty, you've never been married; is
10 that correct?
11   A. Correct.
12   Q. Do you have any children?
13   A. No.
14   Q. Have you ever been convicted of a felony?
15   A. Nope.
16   Q. Have you sued anyone before?
17   A. Nope.
18   Q. Did you suffer from back and neck pain prior
19 to this incident?
20   A. Yeah, I had back and neck injuries. They
21 don't bother -- they hadn't really bothered me.
22   Q. Do those include herniations?
23   A. Yeah, yeah. It doesn't bother me.
24   Q. Were you diagnosed -- were you --
25   A. I'm sorry?

1    Q. -- diagnosed with bi -- that's okay. Were you
2 diagnosed with bipolar disorder?
3    A. I was diagnosed with bipolar type 2, and my
4 doctor, I had that statement, wrote a statement of
5 observation, In nine and a half years, he disagrees with
6 that diagnosis.
7    Q. And where is Dr. Schwartz now?
8    A. Dr. Schwartz is somewhere in the UK. He
9 retired and left to the UK.
10      MS. KOFORD: I have no further questions.
11      THE WITNESS: Sure.
12      MS. KOFORD: I have no further questions.
13      MS. FRANCOIS: I have a couple of questions.
14 I just want to clarify. I'll try to be respectful.
15 Madam Court Reporter, I know you have to go.
16            CROSS-EXAMINATION
17 BY MS. FRANCOIS:
18   Q. So Mr. Doherty, I just want to know, when was
19 the first time that you started to use Infuserve for
20 your medication?
21   A. It's like fall -- fall of '14 -- 2014.
22   Q. All right. And between the fall of 2014 and
23 February of 2017, how many doses of medication would you
24 say you have received from Infuserve?
25   A. Wow, you know, after -- after the end of 2014,



1  I had a straight cycle of an order of 14 boxes per
2  month.
3      Q.  Okay.  And out of those boxes that you just
4  stated, after you administered -- well, first, let me
5  state this:  Did you -- since using Infuserve as a
6  supplier, did you always administer the medication that
7  they would provide to you by yourself?
8      A.  Yes.
9      Q.  Okay.  And had you ever had any type of
10  symptoms after administering those previous batches of
11  medication?
12      A.  No.  What I actually had would be the next day
13  of relief of the heat, the facial heat sensation, and
14  recording my temple heat; and this was the first batch
15  that did not do that the next day.
16      Q.  Okay.  So I also wanted to clarify one more
17  thing, and correct me if I'm wrong, because I don't want
18  to misstate your previous testimony.  You've --
19      A.  Sure.
20      Q.  You've stated that when you went to the ER
21  after taking the February 2017 batch that's in
22  question --
23      A.  Yeah.
24      Q.  -- you stated that had -- because -- I heard
25  two different things -- did you tell them that you had a

1  reaction, or did you say that you had an allergic
2  reaction to the medication?
3      A.  I don't think I would have said allergic
4  reaction.  I -- a lot of people asked me recently, Oh,
5  are you allergic to Rocephin?
6          It's like, no.
7          And they confused that.  I just ran into that,
8  because I've taken Rocephin since without problems.  So
9  that just happened, people think I'm allergic, so that's
10  an assumption they would make, maybe.
11      Q.  Okay.  And I know that you -- you previously
12  stated that you would call Infuserve if you look in the
13  box, see something missing, something along those lines.
14  When you would call Infuserve, would you speak to the
15  same person every single time?
16      A.  I -- I don't know if it was the same person.
17      Q.  Okay.  And I'm not 100 percent familiar of
18  Infuserve and their process, do they --
19      A.  Sure.
20      Q.  -- assign like a certain pharmacist, that if
21  you have any questions, that would be your point of
22  contact or is it just kind of you call and you --
23      A.  You just -- you just call and get someone and
24  order everything.  A woman one time said she mixed my
25  medication for me, so, you know.

1      Q.  Okay.  When you first started using Infuserve,
2  did you have any sort of like consultation with anyone
3  regarding the medi --
4      A.  Yeah, yeah.  There was an initial consult with
5  a pharmacist.
6      Q.  Was that the only consultation that you had
7  with someone from --
8      A.  Yeah.
9      Q.  -- Infuserve?
10      A.  I think so, you know, like talking to a
11  pharmacist was left out of the equation, you know.
12      Q.  Okay.  And that was the -- is it fair to say
13  that that consultation took place in 2014 --
14      A.  Yeah.
15      Q.  -- when you started with Infuserve?
16          And what did that consultation consist of?
17      A.  You know, I can't remember the consultation
18  exactly, but, you know, an over -- an overview of, yeah,
19  Rocephin.
20      Q.  Okay.  And when you say "an overview," can you
21  kind of elaborate what you mean by that?
22      A.  You know, that was 2014, to -- to say I
23  remember that conversation -- but, yeah, I think there's
24  always some sort of standard protocol that they go over
25  with you the first time, the pharmacist goes over with

1  you before you started.  Also I was already on it from
2  Coram, so, you know, this was like a standard -- a
3  standard briefing, yeah.
4      Q.  When you say, "a standard briefing," is it
5  more so to speak about Rocephin and its -- its symptoms
6  that you may have when you have it, or did it deal more
7  with administering the drug that they're going to give
8  you, the packaging that you would be receiving, what
9  parts go where, was it something along those lines?
10      A.  I can't say exactly what they went through;
11  but, yes, probably along those lines of, yeah, about the
12  medication that you were given for the medication, and,
13  you know, I'd -- I'd imagine there might have been
14  questions about administering or advice about it, you
15  know.  And I may have let them know that I had been
16  trained by Coram for three days about that process, so
17  for -- to know exactly what she went over, you know, I
18  can't say exactly what she went over, no.
19      Q.  And that's fair.  Do you recall them going
20  over any, you know, warnings about using the drug?  Any
21  potential symptoms that would cause central nervous
22  system damage?
23      A.  No.
24      Q.  Okay.  So I want to go and speak a little bit
25  about the lab that you said that you took a little bit



Page 145

1  of the medication to.  How did you find that lab?
2      A.   Online.
3      Q.   Okay.  Did anyone recommend to you to go use
4  that laboratory?
5      A.   Not -- no, not that laboratory.
6      Q.   Okay.
7      A.   I was recommended to use that test method, but
8  I thought it was going to be used in general and not
9  just on -- to that degree.
10     Q.   Who recommended you to use that test method?
11     A.   I just consulted with a forensic toxicologist,
12  had a conversation with.  And he rec -- yeah, he
13  recommended high pressure liquid chromatography.
14     Q.   And is that the testing that the lab used?
15     A.   On the ones -- on the one, just for
16  that antibiotic.  That's it, yeah.
17     Q.   Okay.  Have you had to take any additional
18  medications currently to help alleviate the symptoms
19  that you now have --
20     A.   Oh, yeah.
21     Q.   -- the 2017 batch?
22     A.   Most things I'm taking is stemmed from that,
23  so, you know, the pain medications, the -- the
24  anti-anxiety medication I was on.  The sleep combo of
25  medications, you know, that was all new.  Yes.  So,

Page 146

1  yeah, it doubled or -- you know, or more of what I was
2  taking in the beginning.  Quite a regimen.
3      Q.   Okay.  And I want to speak about the -- table
4  that you testified to earlier, that you have in your
5  office, that you would kind of prepare the medication
6  and then go over to the couch.  Do you know what I'm
7  referring to?
8      A.   Yeah, yeah, yeah.
9      Q.   Okay.  How often would you clean that table
10  off?
11     A.   Well, here's something about that box,
12  included in the Infuserve kit, you have a sterile pad to
13  put down on the table, so I'm only working off a sterile
14  pad --
15     Q.   Did you work --
16     A.   -- each time.
17     Q.   Okay.  That was my next question, if you
18  wiped --
19     A.   Yeah.
20     Q.   -- it off?  All right.
21          What would you do with the sterile pad once
22  you were done with it?
23     A.   Throw it away.
24     Q.   And how many sterile pads would come?  You
25  said it came with every kit?

Page 147

1      A.   Yeah, every kit, so.  And then changing my
2  bandages and everything, I would just do it on the
3  sterile pad, change the bandaging and then wrap it all
4  up and throw it away.
5      Q.   And one more thing, just going to share my
6  screen.
7      A.   This was why there was an amazement from the
8  people that removed my line noticed, that is I have had
9  a PICC line that long without an infection.  It was
10  because of like all these extra measures.
11     Q.   Are you able to see my screen?  And I'm
12  scrolling?
13     A.   Yeah, yeah, I see it.
14     Q.   One moment.
15          MS. KOFORD:  Are you showing him the amended
16  complaint or the regular complaint?
17          MS. FRANCOIS:  This is the amended.
18          MS. KOFORD:  Thank you.
19  BY MS. FRANCOIS:
20     Q.   Give me one second, I'm just going to zoom in,
21  so you could read.
22          Would you be able to read paragraph Nos. 20
23  and 21 into the record for me?
24     A.   Yes.  "On information and belief, defendant's
25  website shows that hydrochloric acid is available and on

Page 148

1  hand at the location where pharmaceuticals are
2  compounded."
3      Q.   And paragraph 21?
4      A.   "Upon information and belief, defendant
5  prepared the drug in the same location where acid and
6  other chemicals are capable of burning human tissue" --
7  is that what it says?  Your finger is right there, on
8  the right-hand side.
9      Q.   All right.  Can you see it now?
10     A.   -- "are stored."  Yeah.
11     Q.   Okay.  So I just want to clarify kind of what
12  your allegation is, is that the complaint from what you
13  just read is stating that there's hydrochloric acid
14  located at that facility, correct?
15     A.   Yeah, yeah.
16     Q.   Okay.  And upon -- just going off of paragraph
17  No. 21, which says, "Upon information and belief,
18  defendant prepared the drug at the same location where
19  acid and other chemicals, which are capable of burning
20  human tissue, are stored."
21          So you're not necessarily alleging that the
22  batch was contaminated by hydrochloric acid, are you?
23     A.   No.  That's not what I was alleging.  That's
24  what I thought too after seeing that.  It's like, yeah,
25  that's just -- it's there.



Page 149

1    And I even asked experts if that would do that
2    kind of damage.
3    And they said it would, yes.
4    I was told it would.
5    Q.   Then I think -- I think that's all I have. I
6    have one more question. After --
7    A.   Sure.
8    Q.   -- you started to feel the symptoms after you
9    used the 2017 batch, did you notify Infuserve at all?
10   A.   I called them to notify David Kazarian. And
11   this -- this was odd, because, you know, I was told that
12   he was going to be in the Middle East for a month, and
13   that I could not reach them, so.
14   Q.   When did you make that phone call to notify
15   them that --
16   A.   Well, I -- I -- I thought it was on March 22nd
17   of '17, but I would need to look over the Vonage on the
18   cell phone, I would need to look over the Vonage, to see
19   if I can get them to separate those out to January '15
20   and check those phone calls as well. But given all the
21   phone calls I see, it looks like that was March 2016.
22   Q.   And do you remember kind of how that
23   conversation went, what you stated in the conversation?
24   A.   Yeah. I mean, just -- it was strange, because
25   everyone on the administrative staff from the website

Page 150

1    had left, and that she's stated that those people are
2    gone, you know. And this sort of message of, you can't
3    reach them and, you know, you're not going to. And also
4    strange that I was -- when I had a question, I was
5    transferred to the pharmacist instead of the
6    administration like the previous times, and this new
7    phone menu and that everyone was new. It was -- it was
8    a very odd experience, so.
9    Q.   I just -- I just want to clarify to make sure
10   that we're talking about the same conversation. I'm
11   talking about --
12   A.   Yeah.
13   Q.   -- whether you notified Infuserve after you
14   used the 2017, the February 2017 batch --
15   A.   Yeah.
16   Q.   -- you starting feeling some symptoms, did you
17   notify them to let them know what you had been feeling?
18   A.   No. I didn't -- I didn't tell them directly,
19   because of suspicions I had, and especially after I made
20   that call to notify. I wanted to notify the owner, and
21   couldn't get to him.
22   Q.   When you would call Infuserve and tell them
23   about concerns that you would have, they were basically
24   telling you that David would be the only one that would
25   be able to assist you or...?

Page 151

1    A.   No, they didn't say David was the only one
2    that could assist me. That's just who I wanted to talk
3    to.
4    Q.   Okay. Was David usually the one who would be
5    able to answer the questions that you had?
6    A.   No. I actually -- I've actually never spoken
7    to David before, but I figured, this time, I might want
8    to do so, you know, based off even the previous transfer
9    to a pharmacist instead of the administration. So I
10   wanted to talk to him.
11   MS. FRANCOIS:  That's all I have.
12   MS. KOFORD:  Sorry, just a couple of
13   follow-ups, a couple of follow-ups.
14             REDIRECT EXAMINATION
15   BY MS. KOFORD:
16   Q.   Who was the forensic toxicologist you spoke
17   with?
18   A.   His name?
19   Q.   Yeah.
20   A.   Is... Give me one second. Robert Crooks --
21   Richard Crooks --
22   Q.   And how did you --
23   A.   -- sorry.
24   Q.   -- know?
25   A.   -- it's c.richardcrooks.

Page 152

1    THE COURT REPORTER:  Is that C-R-O-O-K-S?
2    THE WITNESS:  C-R-O-O-K-S.
3    THE COURT REPORTER:  Thank you.
4    BY MS. KOFORD:
5    Q.   You said Richard Crooks?
6    A.   So it's c.richardcrooks. That's how he's got
7    it.
8    Q.   And how do you know Richard Crooks?
9    A.   I just found his website.
10   Q.   And you just cold called him?
11   A.   I cold called him, and he gave me an hour.
12   And I found some other -- I just talked to many
13   pharmacists, labs, people over the years. You know, I
14   don't know who they were, got advice from them, just
15   asking questions.
16   Q.   And did you talk to Mr. Crooks before the lab?
17   A.   Oh, yeah. Right before, because I wanted
18   advice, you know, to find one. That's what he was
19   telling me, you're not going to find one, wasn't going
20   to find one.
21   Q.   Do you know where your medication was
22   prepared?
23   A.   Well, I would have -- I would assume they're
24   prepared at the Infuserve facilities. I don't -- you
25   know...



Page 153

1    Q.  As you sit here today, Mr. Doherty, with
2  regards to the medication that you received from
3  Infuserve in February of 2017, can you tell me where
4  that medication was prepared?
5    A.  Well, I mean, the return labels on these
6  boxes.  (Unintelligible.)
7       THE COURT REPORTER:  I can't hear you.  You
8  have to come up to the mic.  I didn't hear what you
9  said.
10      THE WITNESS:  Sure.  Yeah, on the box --
11  here's an Infuserve box, an example of how I get these.
12  And they would ship them from -- it says origin and ID,
13  David Zane (phonetic), Infuserve America, Inc., 11880
14  28th Street North, Suite 200, Second Floor,
15  St. Petersburg, Florida 33716.  So that's where these
16  boxes were being shipped from to me.
17  BY MS. KOFORD:
18      Q.  And while I understand that you're giving me
19  the address of where it was shipped from, I asked you a
20  very different question, which is that, where is the
21  drug, the Rocephin that you received, prepared for you?
22      A.  I -- I can't say I know for sure where they
23  prepared that.
24      Q.  Okay.  And when you were talking to your
25  counsel during the deposition, you agreed that you're

Page 154

1  not alleging that the medication was contaminated by
2  hydrochloric acid.  Did I understand that correctly?
3      A.  Yeah, correct.
4      Q.  Okay.  So do you have a thought as to what you
5  believe is the issue with the batch?  Not anything --
6      A.  No.
7      Q.  -- told to you by your attorney.
8      A.  No.  I don't -- I don't know what -- what was
9  on that.  You know, just by talking to experts since
10  like 2018 this, you know, it was something acidic.  I
11  actually tasted like a cleaning taste in the roof of my
12  mouth at the end of all that.  So I tasted like a
13  cleaner taste, which was similar if you infused a saline
14  flush, you can do that and you can taste salt in the
15  roof of your mouth.  So there was like a cleaner taste.
16      MS. KOFORD:  All right.  I don't have any
17  further questions for you.
18      THE WITNESS:  Sure.
19      MS. KOFORD:  Do you want to read or waive,
20  Patricia?
21      MS. FRANCOIS:  He'll read.
22      THE COURT REPORTER:  Is there an order?
23      MS. KOFORD:  Oh, I'm ordering it.
24      THE COURT REPORTER:  Ms. Francois, do you want
25  a copy?

Page 155

1        MS. FRANCOIS:  Yes, please.
2        (Thereupon, the foregoing deposition was
3  concluded at 2:07 p.m.)

Page 156

1                  CERTIFICATE OF OATH
2
3  STATE OF FLORIDA
   COUNTY OF ORANGE
4
5        I, Oiman W. Leong, certify that on this 29th day
6  of April, 2022, WILLIAM HENRY DOHERTY appeared via Zoom
7  videoconference and was sworn by me for the purpose of
8  giving testimony in the matter of William Doherty vs.
9  Infuserve America, Inc.  A Texas driver's license was
10  produced as identification.
11
12        WITNESS my hand and official seal this 11th day
13  of May, 2022.
14
15
16
17
18
19  _____
    Oiman W. Leong
20  Notary Public - State of Florida
    Commission No.: GG 290749
21  Commission Expires:  February 15, 2023
22
23
24
25



Page 157

CERTIFICATE OF REPORTER

STATE OF FLORIDA
COUNTY OF ORANGE

I, Oiman W. Leong, Court Reporter and Notary Public in and for the State of Florida at Large, do hereby certify that I was authorized to and did stenographically report the deposition of WILLIAM HENRY DOHERTY; that a review of the transcript was requested; and that the transcript, pages 1 through 155, inclusive, constitutes a true and complete record of my stenographic notes transcribed, by me, to the best of my ability.

I further certify that said deposition was taken at the time and place hereinabove set forth and that the taking of said deposition was commenced and adjourned as hereinabove set out.

I further certify that I am not an attorney or counsel of any of the parties, nor am I a relative or employee of any of the parties' attorneys or counsel connected with the action, nor am I financially interested in this action.

The foregoing certification of this transcript does not apply to any reproduction of the same by any means unless under the direct control and/or direction of the certifying reporter.

DATED this 11th day of May, 2022.

OIMAN W. LEONG, Court Reporter

Page 158

DEPOSITION ERRATA SHEET

Assignment No. J8137106

Case Caption:  William Doherty vs. Infuserve America, Inc.

DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that I have read the entire transcript of my deposition taken in the above-captioned matter or the same has been read to me, and it is true and correct except for changes and/or corrections, if any, as indicated by me on the DEPOSITION ERRATA SHEET hereof, with the understanding that I offer these changes as if still under oath.

Signed on the _____ day of _____, 20___.

_____
WILLIAM HENRY DOHERTY

Page 159

DEPOSITION ERRATA SHEET

Page No._____Line No._____Change to:_____
_____
Reason for change:_____
Page No._____Line No._____Change to:_____
_____
Reason for change:_____
Page No._____Line No._____Change to:_____
_____
Reason for change:_____
Page No._____Line No._____Change to:_____
_____
Reason for change:_____
Page No._____Line No._____Change to:_____
_____
Reason for change:_____
Page No._____Line No._____Change to:_____
_____
Reason for change:_____

SIGNATURE:_____DATE:_____
WILLIAM HENRY DOHERTY

Page 160

DEPOSITION ERRATA SHEET

Page No._____Line No._____Change to:_____
_____
Reason for change:_____
Page No._____Line No._____Change to:_____
_____
Reason for change:_____
Page No._____Line No._____Change to:_____
_____
Reason for change:_____
Page No._____Line No._____Change to:_____
_____
Reason for change:_____
Page No._____Line No._____Change to:_____
_____
Reason for change:_____
Page No._____Line No._____Change to:_____
_____
Reason for change:_____

SIGNATURE:_____DATE:_____
WILLIAM HENRY DOHERTY


ESQUIRE
DEPOSITION SOLUTIONS